1
2
3
4
5
6
7



8                    UNITED STATES DISTRICT COURT

9                 FOR THE CENTRAL DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,         CR No. 25-  2:25-cr-00678-JFW

11          Plaintiff,                I N F O R M A T I O N

12          v.                        [18 U.S.C. § 111(a)(1): Simple
                                      Assault on Federal Officer or
13  ALEXANDRIA DEMETRIUS AUGUSTINE,   Employee]

14          Defendant.                **[CLASS A MISDEMEANOR]**

15
        The Acting United States Attorney charges:
16
                         [18 U.S.C. § 111(a)(1)]
17
        On or about July 24, 2025, in Los Angeles County, within the
18
    Central District of California, defendant ALEXANDRIA DEMETRIUS
19
    AUGUSTINE, intentionally and forcibly assaulted, resisted, impeded,
20
    intimidated, and interfered with victim A.G., an employee of
21
    //
22
    //
23
24
25
26
27
28

1  the Federal Protection Service, while A.G. was engaged in, and on
2  account of, the performance of A.G.'s official duties.

BILAL A. ESSAYLI
Acting United States Attorney

CHRISTINA T. SHAY
Assistant United States Attorney
Chief, Criminal Division

*/s/ Frances S. Lewis*

FRANCES S. LEWIS
Assistant United States Attorney
Chief, General Crimes Section

MIRELLE RAZA
Assistant United States Attorney
General Crimes Section