# Exhibit A

**FEDERAL PUBLIC DEFENDER**
CENTRAL DISTRICT OF CALIFORNIA
321 EAST 2nd STREET
LOS ANGELES, CALIFORNIA 90012-4202
213-894-2854

**CUAUHTEMOC ORTEGA**
*Federal Public Defender*
**AMY M. KARLIN**
*Chief Deputy*
**C. PAMELA GÓMEZ**
*Capital Habeas Chief*
**LISA LABARRE**
*Los Angeles Trial Chief*

**KELLEY MUNOZ**
*Santa Ana Branch Chief*
**ANGELA C.C. VIRAMONTES**
*Riverside Branch Chief*
**MARGARET A. FARRAND**
*Appeals Chief*
**JONATHAN C. AMINOFF**
*Non-Capital Habeas Chief*
**NEHA CHRISTERNA**
*Collaborative Courts Chief*

Direct Dial: (213) 894-7567

September 23, 2025

Patrick Kibbe
Assistant United States Attorney
United States Attorney's Office
312 North Spring Street, Suite 1200
Los Angeles, CA 90012

Re: **United States v. Alexandra Augustine**
**CD Cal. Case No. 25-CR-678-KS**
**Expert Disclosure – Dr. David S. Meyer**

Dear Mr. Kibbe:

Pursuant to Federal Rule of Criminal Procedure 16(b)(1)(C), the defense discloses the following expert witness who may testify at trial. Ms. Augustine intends to call Dr. David S. Meyer as an expert witness in the field of protest activity, protest tactics, and police response to protest.

## Qualifications

Dr. Meyer's qualifications, education and experience can be found in his curriculum vitae, which is attached as an exhibit to this disclosure. The attachment also includes his list of publications. He has not testified during the prior 4 years.

**Evidence Reviewed**

Dr. Meyer has reviewed the charges in this matter, videos of the alleged incident, and news coverage of the protest. Defense counsel will continue to provide additional evidence to Dr. Meyer as it is produced by the government and gathered by the defense.

Dr. Meyer also intends to rely on the anticipated testimony of witnesses offered by the government, Ms. Augustine and his counsel in this matter and the evidence and documents underlying their testimony.

**Opinions**

If called to testify at trial, the defense believes Dr. Meyer will testify to the following:

Protests are public, collective actions through which ordinary people make claims on power—signaling grievances, aspirations, and identities—and seek to influence agendas, authorities, and the broader public. A protest is one mode within the normal workings of a democracy that both reflects and reshapes mainstream politics over time. Accordingly, protest events sit within a larger social-movement process in which organizations, networks, and ad-hoc publics mobilize resources, frame issues, and select tactics from a changing "repertoire of contention." Protest's effects are rarely immediate or singularly legislative; they include agenda-setting, reframing public debate, recruiting and socializing participants, forging or pressuring alliances, and opening or exploiting "political opportunities" created by shifts in elites, institutions, or public sentiment. A street protest does not generally effect large changes by itself, but can be an important part of a larger political process that promotes meaningful policy reforms.

Protest groups are more and less formally organized—collectives through which protest activity becomes sustained, recognizable, and strategically coordinated. Unlike formal political parties or interest groups, protest groups are often fluid, decentralized, and defined less by rigid membership than by shared practices, symbols, and narratives. Activists with some shared values and goals move in and out of protest groups over time, and the turnout at any event amounts to an *ad hoc* coalition of the willing. The group of protestors that gathered at 535 Alameda was, like many historical protest groups such as the Occupy movement, a decentralized group that crystalized in a moment of heightened public attention on the arrest and detention of immigrants by ICE.

Protestors and protest groups, including the protestors at 535 Alameda, rely on a repertoire of tactics that are designed to get out their message, recruit supporters, and draw press attention.

These tactics include demonstrations, such as marches, rallies, and sit-ins, occupations or encampments, strategic noncompliance, and digital mobilization. The tactics are designed to get attention, often relying on vulgar , incendiary, or polarizing language, polemics, humor, costumes, and props. Protest goals include getting attention for the event itself as well as the issues under contention. Protesters pick tactics that they believe will gain broad attention.

The tactics used by protestors, including the props, often serve both symbolic and practical purposes. Tactics send a message to authorities, allies, and bystanders about the worthiness, unity, numbers, and commitment of a challenging groups. Effective tactics enhance solidarity among protesters, invite and inspire bystanders, stiffen the spines of institutional allies, and encourage opponents to reconsider their commitments. In the case of the incident alleged in this matter, several protestors are carrying umbrellas. Umbrellas function in protest as both symbol and tool. Their dual role emerged vividly in Hong Kong's 2014 "Umbrella Movement," where protesters held umbrellas aloft to shield against bright light, rubber bullets, pepper spray, and tear gas—an improvised tactic that quickly became the movement's name, icon, and visual shorthand for dignified, civilian resistance. The campaign inspired subsequent protest movements in Hong Kong and around the world.[1] The umbrella in particular condensed a political narrative: protection of ordinary people, insistence on procedural fairness, and nonviolent endurance in the face of state force. In addition, when arrayed in lines or "turtle" formations, umbrellas create mobile screens that facilitate orderly retreat or repositioning of protestors.

Law enforcement are often the first response to protestors engaged in active protest. Police response to protest has changed over time from escalated force, to negotiated management, to most recently, and relevant here, strategic incapacitation. Police work to control and contain the demonstrators they face while deterring future demonstrators. Police forces rely on surveillance, space control (permitters, pens, kettling), selective or preemptive arrests, and less-lethal weapons to isolate and disrupt protest activity. These less lethal weapons include—as they did in this incident—guns with rubber bullets, pepper spray, and displays of force. The purpose of these tactics is to deter further protest and to raise the cost to protestors of expressing their opinion.

In addition to the above, Dr. Meyer's testimony is based on his experience, his education, and his review of materials and information produced by the parties in this action.

In addition to the foregoing, all defense experts may offer testimony and opinions responsive to the Government's evidence in its case-in-chief. The defense reserves its right to call

[1] Ho, Ming-sho. 2020. "How Protests Evolve: Hong Kong's Anti-Extradition Movement and Lessons Learned from the Umbrella Movement." *Mobilization: An International Journal* 25(5):711-728.

rebuttal witnesses to any expert who testifies as part of the Government's case-in-chief. The defense also reserves the right to supplement this notice.

Sincerely,

Rebecca Abel
Supervising Deputy Federal Public Defenders

Approving signature of expert witness Dr. David Meyer

***David S. Meyer***

Date: _____September 23, 2025_____

**David S. Meyer**
Department of Sociology
University of California-Irvine
Irvine, California 92697-5100
ORCID: 0000-0001-8511-9307
(949) 824-1475; Fax: (949) 824-7637
email: dmeyer@uci.edu

**EDUCATION:**

Ph.D. 1988, Political Science (American Politics; Comparative Politics), Boston University.
M.A. 1984, Political Science (Political Theory; American Politics), Boston University.
B.A. 1980, Hampshire College, Concentration: Literature and Social Theory.

**PROFESSIONAL EXPERIENCE**

**Faculty Positions:**

University of California-Irvine, Professor (2004- )
Founding Director, Master's in Public Policy Program (2007-10)
Associate Director, Center for the Study of Democracy (2008-2012)
Founding Director, Master's in Public Policy Program (2007-10)
Associate Professor (1999-2004)
Department of Sociology (1999- )
Department of Political Science (2002- )
Department of Urban Planning and Public Policy (2004- )

CUNY, City College of New York and Graduate Center, Department of Political Science
Associate Professor (1997-1999)
Assistant Professor (1994-1996)
Director, Rosenberg/Humphrey Program in Public Policy (1998-1999)

University of Michigan, Department of Political Science
Assistant Professor (Visiting) (1993-1994)

Tufts University, Department of Urban and Environmental Policy
Assistant Professor (Visiting) (1988-1993)

Harvard University Extension School, Department of Government
Adjunct Professor (1989-1993)

**Grants/ Awards/ Special Training:**

*Andrew Carnegie Fellow, Class of 2025, Carnegie Corporation of New York, $200,000. "Against Apocalypse: Protest, Policy, and Polarization" (2025-2027).

*Ash Center for Democratic Governance Fellow, Harvard University Kennedy School, 2025-

*Robin M. Williams, Jr. Award for Distinguished Contributions to Scholarship, Teaching, and Service, American Sociological Association Section on Peace, War, and Social Change, 2025.

*UC Online, "Protest, Movements, and Revolutions," course development, $30,000, 2024.

*Carnegie Corporation of New York, $200,000, "Finding Effective Strategies to Advocate for Peace and Nuclear Security: Mining the Past to Inform the Future," 2022-2024.

*Center for the Study of Democracy, $ 5,000, "Authority Claims in Contemporary Protest," 2022-23.

*Center for the Study of Democracy, $ 5,000, "Authority Claims in Contemporary Protest," 2021-22.

*Center for the Study of Democracy, $5,000, "Authority Claims in Contemporary Protest," 2020-21.

*Center for the Study of Democracy, $5,000, "Authority Claims in Contemporary Protest," 2019-20.

*Center for the Study of Democracy, $2,500, "Assessing the Outcomes of Social Movements," 2018-19.

*Center for the Study of Democracy, $2,500, "Incorporation of Social Movement Issues on the Political Agenda," 2017-18.

*Center for the Study of Democracy, $2,500, "Inclusion and Institutionalization of Social Movement Issues in the Wake of a Presidential Election," 2016-2017.

*John D. McCarthy Award for Lifetime Achievement in the Scholarship of Social Movements and Collective Behavior, Center for the Study of Social Movements, University of Notre Dame, 2017.

*Sociological Research Association, elected, 2016.

*National Science Foundation, $11,447, Doctoral Dissertation Grant (Eulalie Lashever), "Firing the Starting Gun: How the Gun Control and Gun Rights Movements Responded to the Sandy Hook Shooting," 2016-17.

*Center for the Study of Democracy, $2,500, "Inclusion and Institutionalization of Social Movement Issues in Presidential Campaigns," 2015-2016.

* Center for the Study of Democracy, $2,500, "Agenda Setting and Social Movement Activism," 2014-2015.

* Center for the Study of Democracy, $2,500, "The Dispersion of Social Movement Coalitions: Occupy and the Tea Party," 2013-14.

* National Science Foundation, $11,999, Doctoral Dissertation Grant (Amanda Pullum), "Collective Bargaining and Decision-Making Processes," 2013-2014.

* Center for the Study of Democracy, $3,000, "The Accretion and Dispersion of Issues in Social Movement Coalitions," 2012.

* UC-ACCORD, $20,000, Doctoral Dissertation Grant (Daisy Verduzco Reyes), "Latino Student Politics: Constructing Ethnic Identities in Organizations," 2010-2011.

* National Science Foundation, $10,644, Doctoral Dissertation Grant (Steven Boutcher), "Pro Bono Publico, The Large Law Firm, and Social Movements: A Relational Approach to the Study of Cause Lawyering," 2008-2010.

* Urban Child Institute, $4,300, "The Politics of Pre-School," with Doug Imig, 2007.
* Center for the Study of Democracy, $2,000, "The Political Participation of Celebrities," with Judy Stepan-Norris, 2007.

* Center for the Study of Democracy, $2,500, "Political Coalitions in Social Movements," 2006.

* American Sociological Association, Collective Behavior and Social Movements Section, Best Article Award (2004) DSM and Debra C. Minkoff, "Conceptualizing Political Opportunity," *Social Forces* 82 (June 2004) 4: 1457-1492.

* Center for the Study of Democracy, $2,500, "Social Movement Sequences, Preliminary Explorations on the Peace Movement," 2003.

* National Science Foundation, $6,058, Doctoral Dissertation Grant (Deana Rohlinger), "Reflections of Success in Media Coverage," 2003.

* Center for the Study of Democracy, $8,500, "Center for the Study of Collective Action," with David A. Snow, 2002.

* Center for the Study of Democracy, $2,500, "Protest in the Vietnamese-American Community," Research Grant, 2002.

* Conference: "Social Movements, Public Policy, and Democracy," $15,000, with Helen Ingram and Valerie Jenness, at University of California, Irvine, January 4-6, 2002, funded by School of Social Science, School of Social Ecology, and Center for the Study of Democracy.

* Center for the Study of Democracy, $2,500, "Social Movements and Public Policy," 2001.

* PSC-CUNY Research Grant, 1998-1999.

* National Science Foundation/ American Sociological Association, Fund for the Advancement of the Discipline, "Social Movements and Society: Micro-Macro Interactions," with Nancy Whittier and Belinda Robnett, 1997.

* PSC-CUNY Research Grant, 1996-1997.

* PSC-CUNY Research Grant, 1995-1996.

* Fellow, National Endowment for the Humanities Summer Seminar, "Political Histories of Collective Action," Cornell University, Summer 1992.

* Visiting Scholar, Department of Sociology, Boston College, 1991-1992.
Associate, Media Research Action Project, Boston College, 1990-

* Visiting Scholar, Inter-University Consortium for Political and Social Research, University of Michigan, Summer 1990.

* Fellow, Institute on Global Conflict and Cooperation, University of California, Los Angeles, "Global Security: The Challenge of Transition," Summer 1990.

* Fellow, University of Wisconsin Center for International Cooperation and Security Studies Summer Institute, "Regional Conflict and Global Security: The Nuclear Dimension," 1989.

* Fellow, Harvard/MIT Summer Program on Nuclear Weapons and Arms Control, 1988.

* American Political Science Association Travel Grant, $600, 1985.

**PUBLICATIONS:**

**Books:**

*How Social Movements (Sometimes) Matter.* Cambridge, England: Polity, 2021.

**Toplumsal Hareketler (Bazen) Nasıl Fark Yaratabilir?* (Turkish edition), translated by Zeynep S. Demir, Istanbul, Turkey: Ayrinti Yayinlari, 2023.

DSM and Sidney Tarrow, eds.,*The Resistance: The Dawn of the Anti-Trump Opposition Movement,* Oxford University Press, 2018.

*The Politics of Protest: Social Movements in America*, 2nd ed. New York: Oxford University Press, 2015.

Nella van Dyke and DSM, eds., *Understanding the Tea Party Movement*. Aldershot, UK: Ashgate, 2014.

*The Politics of Protest: Social Movements in America*, New York: Oxford University Press, 2007.

DSM, Valerie Jenness, and Helen Ingram, eds., *Routing the Opposition: Social Movements, Public Policy, and Democracy in America*, Minneapolis: University of Minnesota Press, 2005.

DSM, Nancy Whittier, and Belinda Robnett, eds., *Social Movements: Identity, Culture, and the State*, New York: Oxford University Press, 2002.

DSM and Sidney Tarrow, eds., *The Social Movement Society: Contentious Politics for a New Century*, Lanham, Maryland: Rowman and Littlefield, 1998.

Thomas R. Rochon and DSM, eds., *Coalitions and Political Movements: The Lessons of the Nuclear Freeze*, Boulder: Colorado: Lynne Rienner Publishers, 1997.

*A Winter of Discontent: The Nuclear Freeze and American Politics*, New York: Praeger, 1990.
* Nominated Best Book in Collective Behavior/Social Movements, 1989-90 (American Sociological Association).

**Special Journal Issue**:

DSM and Kaylin Bourdon, eds., "Citizen Engagement on Nuclear Weapons: Calls for a Reprise," *American Behavioral Scientist*, in press.

**Articles and Chapters**:

Kaylin Bourdon and David S. Meyer, "Introduction: Strategy and Success in the Nuclear Disarmament Movement," *American Behavioral Scientist*, 2025, https://doi.org/10.1177/00027642251331687

"How to Save the World: Learning from Citizen Engagement on Nuclear Weapons," *American Behavioral Scientist*, 2025, https://doi.org/10.1177/00027642251331689

"Power, Protest, and Possibilities in Central and Eastern Europe," in Henry Rammelt and Claudio Craciun, eds., *Power and Protest in Central and Eastern Europe*, Palgrave, 2025, pp. 371-385. https://doi.org/10.1007/978-3-031-77888-9_16

"Revisiting *The Social Movement Society* in a Time of Datafication," *Social Movement Studies* 23 (2024) 3: 413-21. https://doi.org/10.1080/14742837.2023.2296867

"Dilemmas and Dimensions of Social Movement Escalation," *Sociological Forum* 38 (2023) 4: 1361-1374. https://doi.org/10.1111/socf.12949

Fernando Tormos-Aponte, Phil Brown, Shannon Dosemagen, Dana R. Fisher, Scott Frickel, Norah MacKendrick, DSM, and John N. Parker, "Pathways for Diversifying and Enhancing Science Advocacy," *Science Advances* 9 (2023) 20: https://www.science.org/doi/10.1126/sciadv.abq4899\.

Kaylin Bourdon and DSM , "Contentious Politics," in Maria Grasso and Marco Giugni,eds., *Encyclopedia of Political Sociology*, Edward Elgar Publishing, 2023, pp. 107-110.

Suzanne Staggenborg and DSM, "Understanding Countermovements," in David Tindall, Mark C.J. Stoddart, and Riley E. Dunlap, eds., *Handbook of Anti-Environmentalism,* 2022, Edward Elgar Publishing, https://doi.org/10.4337/9781839100222.00009

Deana Rohlinger and DSM, "Protest during a Pandemic: How Covid-19 Affected Social Movements in 2020," *American Behavioral Scientist*, 2022 https://doi.org/10.1177/00027642221132179

Michelle Gawerc and DSM, "William A. Gamson's Extraordinary Career, and his Legacy for Academia, Social Movements, and beyond," *Contention* 9 (2021) 2: 64–86.

"Movement Analysis on the Fly: The Limits and Promise of Social Science," *Mobilization* 26 (2021) 2: 137-156.

Eulalie Laschever and DSM, "Growth and Decline of Opposing Movements: Gun Control and Gun Rights, 1945 – 2015," *Mobilization* 26 (2021) 1: 1-20.

Alex Maresca and DSM, "Tracking the Resistance," *Sociological Compass,* 11 August 2020 https://doi.org/10.1111/soc4.12827

"Movement Society," "Antiwar and Peace Movements," "Nuclear Freeze Movement," in David A. Snow, Donatella della Porta, and Douglas McAdam, eds., *The Encyclopedia of Social and Political Movements,2nd ed*., Wiley-Blackwell, 2022.

Alex Maresca and DSM, "Anti-Trump Movement," in David A. Snow, Donatella della Porta, and Douglas McAdam, eds., *The Encyclopedia of Social and Political Movements,2nd ed*., Wiley-Blackwell, 2022.

DSM and Kaylin Bourdon, "Social Movements and Standing in the American Gun Debate," 69 *Emory Law Journal* (2020) 5: 915-1008.

"Twenty-First Century American Populist Movements: The Challenges of Organization and Institutionalization," in Majia Nadesan and Amit Ron, eds., *Mapping Populism: A Guide to Understanding and Studying Populism,*Abington: Routledge, 2020, pp. 199-209.

"How the Effectiveness of Non-violent Action is the Wrong Question for Activists, Academics, and Everyone Else," in Hank Johnston, ed., *Nonviolent Resistance and the State*. London: Routledge, 2019, pp. 151-161.

"Cropping Episodes," response to Hanspeter Kriesi, Swen Hutter, and Abel Bojar, "Contentious Episode Analysis," *Mobilization* 24(September 2019) 3: 278-282.

Sidney Tarrow and DSM, "Challenges of the Anti-Trump Movement*," PArtecipazione e* COnflitto 11 (November 2018) 3: 614-645.

"Conclusion: Trumpism, the Resistance, and the Future of American Democracy," in DSM and Sidney Tarrow, eds., *The Resistance: The Dawn of the Anti-Trump Opposition Movement*, Oxford University Press, 2018, pp. 246-264.

DSM and Sidney Tarrow, "Introduction," in DSM and Tarrow, eds., *The Resistance: The Dawn of the Anti-Trump Opposition Movement*, Oxford University Press, 2018, pp. 1-23.

Megan E. Brooker and DSM, "Coalitions and the Organization of Collective Action," in David A. Snow, Sarah A. Soule, Hanspeter Kriesi, and Holly J. McCammon, eds., *The Blackwell Companion to Social Movements*, second edition, Wiley-Blackwell, 2019, pp. 252-268.

DSM and Sidney Tarrow, "War, Peace, and Social Movements," in David A. Snow, Sarah A. Soule, Hanspeter Kriesi, and Holly J. McCammon, eds., *The Blackwell Companion to Social Movements*, second edition, Wiley-Blackwell, 2019, pp. 651-665.

Lisa Leitz and DSM, "Gendered Activism and Outcomes: Women in the Peace Movement," Pp. 708-728 in Holly J. McCammon, Verta Taylor, Jo Reger, and Rachel L. Einwohner, eds., *The Oxford Handbook of U.S. Women's Social Movement Activism,* New York: Oxford University Press, 2017.

Eitan Alimi and DSM, "When Repression Fails to Backfire: Movements, Powers, State Power, and Conditions Conducive to International Intervention," in Eitan Y. Alimi, Avraham Sela, and Mario Sznajder, eds., *Social Movements, Regimes, and Transitions: Arab Revolts in Comparative Perspective.* New York: Cambridge University Press, 2016, pp. 156-179.

"Political Opportunities," forthcoming in George Ritzer, ed*., Blackwell Encyclopedia of Sociology*, Malden, Mass.: Blackwell, (revised and updated from 2007).

DSM and Eulalie Laschever, "Social Movements and the Institutionalization of Dissent in America," in Suzanne Mettler, Robert Liebman, and Richard Vallely, eds., *The Oxford Handbook of American Political Development*, New York: Oxford University Press, 2016, pp. 563-589.

DSM and Amanda Pullum, "Reconsidering the Social Movement Society in the New Century," in Howard Ramos and Kathleen Rogers, eds., *Protest and Politics: The Promise of Social Movement Societies*, Vancouver: University of British Columbia Press, 2015, pp. 21-43.

DSM and Amanda Pullum, "The Social Movement Society, the Tea Party, and Democratic Deficits," in Caroline W. Lee, Michael McQuarrie, and Edward T. Walker, eds., *Democratizing Inequalities: Pitfalls and Unrealized Promises of the New Public Participation*. New York: New York University Press, 2015, pp. 204-221.

Kristine Coulter and DSM, "High Profile Rape Trials and Policy Advocacy." *Journal of Public Policy* 35 (April 2015) 1:35-61.

DSM and Erin Evans, "Citizenship, Political Opportunities, and Social Movements," in Hein-Anton van der Heijden, ed., *Handbook of Political Citizenship and Social Movements*, Cheltenham, UK: Edward Elgar, 2014, pp. 259-278.

DSM and Amanda Pullum, "The Tea Party and the Dilemmas of Conservative Populism," in Nella van Dyke and DSM, eds., *Understanding the Tea Party Movement*. Surrey, UK: Ashgate, 2014, pp. 73-96.

Kelsy Kretschmer and DSM, "Organizing around Gender Identities," in Georgina Waylen, Karen Celis, Johanna Kantola, and S. Laurel Weldon, eds., *Oxford Handbook on Gender and Politics*, 2013, pp. 390-410.

"Antiwar and Peace Movements," in David A. Snow, Donatella della Porta, Bert Klandermans, and Doug McAdam, eds., *The Wiley-Blackwell Encyclopedia of Social and Political Movements*, West Sussex: UK: Wiley-Blackwell, 2013, pp. 98-105.

"Movement Society," in David A. Snow, Donatella della Porta, Bert Klandermans, and Doug McAdam, eds., *The Wiley-Blackwell Encyclopedia of Social and Political Movements*, West Sussex: UK: Wiley-Blackwell, 2013, pp. 783-785.

"Nuclear Freeze," in David A. Snow, Donatella della Porta, Bert Klandermans, and Doug McAdam, eds., *The Wiley-Blackwell Encyclopedia of Social and Political Movements*, West Sussex: UK: Wiley-Blackwell, 2013, pp. 865-868.

DSM and Suzanne Staggenborg, "Thinking about Strategy," in Gregory M. Maney, Rachel V. Kutz-Flamenbaum, Deana A. Rohlinger, and Jeff Goodwin, eds., *Strategies for Social Change*, Minneapolis: University of Minnesota Press, 2012, pp. 3-22.

"Protest and Political Process," in Edwin Amenta, Kate Nash and Alan Scott, eds., *The Wiley-Blackwell Companion to Political Sociology*, Oxford: Blackwell, 2012, pp. 397-407.
DSM and Deana A. Rohlinger, "Big Books and Social Movements: A Myth of Ideas and Social Change," *Social Problems* 59 (February 2012) 1: 136-153.

"National Human Rights Institutions, Opportunities, and Activism," in Ryan Goodman and Thomas Pegram, eds., *National Human Rights Institutions, State Compliance and Social Change: Assessing National Human Rights Institutions*, New York: Cambridge University Press, 2012, pp. 324-334.

Eitan Alimi and DSM, "Seasons of Change: Arab Spring and Political Opportunities." *Swiss Political Science Review* 17 (December 2011) 4: 475-479.

Katie Furuyama and DSM, "Sources of Certification and Civil Rights Advocacy Organizations: The JACL and NAACP and Crises of Legitimacy," *Mobilization* 16 (March 2011) 1: 101-116.

Ellen Reese, Christine Petit, and DSM, "Sudden Mobilization: Movement Crossovers, Threats, and the Surprising Rise of the U.S. Anti-War Movement," in Nella van Dyke and Holly J. McCammon, eds., *Strategic Alliances: New Studies of Social Movement Coalitions*, Minneapolis: University of Minnesota Press, 2010, pp. 266-291.

Catherine Corrigall-Brown and DSM, "The Pre-History of a Coalition: The Role of Social Ties in Win without War," in Nella van Dyke and Holly J. McCammon, eds., *Strategic Alliances: New Studies of Social Movement Coalitions*, Minneapolis: University of Minnesota Press, 2010, pp. 3-21.

"United States Peace Movement as a Social Movement," in Nigel Young, ed., *Oxford International Encyclopedia of Peace*, New York: Oxford University Press, 2010.

DSM and Daisy Verduzco Reyes, "Social Movements and Contentious Politics," in Kevin Leicht and Craig Jenkins, eds., *Handbook of Politics, State, and Civil Society in a Global Perspective*, New York: Springer Science, 2010, pp. 217-233.

"Constructing Threats and Opportunities after 9/11," *American Behavioral Scientist* 53 (September 2009): 10-26.

Vincent G. Boudreau and DSM, "Social Movements," in Todd Landman and Neil Robinson, eds., *Sage Handbook of Comparative Politics*, Thousand Oaks, California: Sage, 2009, pp. 348-361.

DSM and Suzanne Staggenborg, "Opposing Movement Strategies in U.S. Abortion Politics," *Research in Social Movements, Conflict, and Change* 28 (2008): 207-39.

Nhu-Ngoc T. Ong and DSM, "Protest and Political Incorporation: Vietnamese-American Protests in Orange County, 1975-2001," *Journal of Vietnamese Studies* 3 (2008) 1: 78-107.

DSM and Lindsey Lupo, "Assessing the Politics of Protest: Political Science and the Study of Social Movements," in Bert Klandermans and Conny Roggeband eds., *Handbook of Social Movements across Disciplines*, New York: Springer, 2007, pp. 111-156.

Kelsy Kretschmer and DSM, "Platform Leadership: Cultivating Support for a Public Profile," *American Behavioral Scientist* 50 (June 2007) 10: 1395-1412.

DSM and Steven A. Boutcher, "Signals and Spillover: Brown v. Board of Education and *Other* Social Movements," *Perspectives on Politics* 5 (March 2007) 1: 81-93.

"Building Social Movements," in Lisa Dilling and Susi Moser, eds., *Creating a Climate for Change: Communicating Climate Change, Facilitating Social Change*, Cambridge: Cambridge University Press, 2007, pp. 451-461.

"Political Opportunities," in George Ritzer, ed., *Blackwell Encyclopedia of Sociology*, Malden, Mass.: Blackwell, 2007, pp. 3447-3450.

DSM and Kelsy Kretschmer, "Social Movements," in Clifton D. Bryant and Dennis L. Peck, eds., *The Handbook of 21st Century Sociology*, Thousand Oaks, California: Sage Publications, 2007, pp. 540-548.

"Claiming Credit: Stories of Movement Influence as Outcomes," *Mobilization* 11 (2006) 3: 201-218.
*Reprinted in Hank Johnston, ed., *Culture, Social Movements, and Protest*." Surrey, England: Ashgate, 2009, pp. 55-75.

DSM and Catherine Corrigall-Brown, "Coalitions and Political Context: U.S. Movements against Wars in Iraq," *Mobilization* 10 (October 2005) 3: 327-344.
* Reprinted in Doug McAdam and David A. Snow, eds., *Social Movements: Readings on Their Emergence, Mobilization, Dynamics, and Impact*, 2nd ed. New York: Oxford University Press, 2008.

"Scholarship that Might Matter," in David Croteau, Bill Hoynes, and Charlotte Ryan, eds., *Rhyming Hope and History: Activism and Social Movement Scholarship.* Minneapolis: University of Minnesota Press, 2005, pp. 191-205.

"Transnational Peace Activism: The Prospects for Cooperation after the War," in Matthew Evangelista and Vittorio Emanuele Parsi, eds., *Partners or Rivals? European-American Relations after Iraq*, Milan: Vita e Pensiero, 2005, pp. 275-298.

"Social Movements and Public Policy: Eggs, Chicken, and Theory," in DSM, Valerie Jenness, and Helen Ingram, eds. *Routing the Opposition: Social Movements, Public Policy, and Democracy in America*, Minneapolis: University of Minnesota Press, 2005, pp. 1-26.

Valerie Jenness, DSM, and Helen Ingram, "Social Movements, Public Policy, and Democracy: Rethinking the Nexus," in DSM, Valerie Jenness, and Helen Ingram, eds. *Routing the Opposition: Social Movements, Public Policy, and Democracy in America*, Minneapolis: University of Minnesota Press, 2005, pp. 288-306.

Deana Rohlinger and DSM, "Framing Abortion Globally: Transnational Framing of Access to Abortion in the United States, England, and Ireland," in Lee Ann Banaszak, ed., *U.S. Women's Movement in a Dynamic and Global Perspective*, Lanham, Maryland: Rowman & Littlefield, 2005, pp. 197-214.

"Protest and Political Opportunities," *Annual Review of Sociology* 30 (2004) 125-145.

DSM and Debra C. Minkoff, “Conceptualizing Political Opportunity,” *Social Forces* 82 (June 2004) 4: 1457-1492.
* Best article, American Sociological Association, Collective Behavior and Social Movements.

Sam Marullo and DSM, “Anti-War and Peace Movements,” in David A. Snow, Sarah A. Soule, and Hanspeter Kriesi, eds., *The Blackwell Companion to Social Movements*, London: Blackwell, 2004, pp. 641-665.

“How Social Movements Matter,” *Contexts* 2 (2003) 4: 30-35.
* Reprinted in Jeff Goodwin and James M. Jasper, eds., *The Contexts Reader*, New York: W.W. Norton, 2008, pp. 421-426.

“Political Opportunity and Nested Institutions,” *Social Movement Studies* 2 (2003) 1: 17-35.

“Restating the Woman Question: Women’s Movements and State Changes,” in Lee Ann Banszak, Karen Beckwith, and Dieter Rucht, eds., *Women’s Movements Facing a Reconfigured State.* Cambridge: Cambridge University Press, 2003, pp. 275-294.

“The Smothering Embrace,” in Jeff Goodwin and James M. Jasper, *The Social Movements Reader: Cases and Concepts*, Malden, Mass.: Blackwell, 2003, pp. 260-627.
*Excerpted from *A Winter of Discontent: The Nuclear Freeze and American Politics*.

“Opportunities and Identities: Bridge-building in the Study of Social Movements,” in DSM, Nancy Whittier, and Belinda Robnett, eds., *Social Movements: Identity, Culture, and the State*, New York: Oxford University Press, 2002, pp. 3-21.

“Civil Disobedience,” in Paul Barry Clarke and Joe Foweraker, eds., *Encyclopedia of Democratic Thought*, London: Routledge, 2001, pp. 60-64.

“Protest and Political Process,” in Kate Nash and Alan Scott, eds., *The Blackwell Companion to Political Sociology*, Oxford: Blackwell, 2001, pp. 164-172.

“Social Movements: Creating Communities of Change,” in Mary Ann Tetreault and Robin L. Teske, eds., *Feminist Approaches to Social Movements, Community, and Power, Vol. I: Conscious Acts and the Politics of Social Change*, University of South Carolina Press, 2000, pp. 35-55.

Traci M. Sawyers and DSM, "Missed Opportunities: Social Movement Abeyance and Public Policy," *Social Problems* 46 (1999) 2: 187-206.

“Tending the Vineyard: Cultivating Political Process Theory,” *Sociological Forum* 14 (March 1999) 1:79-92.
* Reprinted in Jeff Goodwin and James Jasper, eds. *Rethinking Social Movements*, Lanham, Maryland: Rowman & Littlefield, 2003, pp. 47-60.

“How the Cold War Was Really Won: The Effects of the Antinuclear Movements of the 1980s,” in Marco Giugni, Doug McAdam, and Charles Tilly, eds., *How Social Movements Matter*, Minneapolis: University of Minnesota Press, 1999, pp. 182-203.

“Civil Disobedience and Protest Cycles,” in Jo Freeman and Victoria Johnson, eds., *Waves of Protest Social Movements Since the 1960s*, Lanham, Maryland: Rowman & Littlefield, 1999, pp. 267-276.

Janet C. Gornick and DSM, “Changing Political Opportunity: The Anti-Rape Movement and Public Policy,” *Journal of Policy History* 10 (1998) 4: 367-398.

DSM and Suzanne Staggenborg, "Countermovement Dynamics in Federal Systems: A Comparison of Abortion Politics in Canada and the United States," *Research in Political Sociology* 8 (1998): 209-240.

DSM and Sidney R. Tarrow, "A Movement Society: Contentious Politics for a New Century," in Meyer and Tarrow, eds., *The Social Movement Society: Contentious Politics for a New Century*, Lanham, Maryland: Rowman and Littlefield, 1998, pp. 1-28.

DSM and Thomas R. Rochon, "Toward a Coalitional Theory of Social and Political Movements," in Rochon and Meyer, eds., *Coalitions and Political Movements: The Lessons of the Nuclear Freeze*, Boulder: Colorado: Lynne Rienner Publishers, 1997, pp. 237-252.

Thomas R. Rochon and DSM, "Introduction: The Nuclear Freeze in Theory and Action," in Rochon and Meyer, eds., *Coalitions and Political Movements: The Lessons of the Nuclear Freeze*, Boulder: Colorado: Lynne Rienner Publishers, 1997, pp. 1-21.

"Nuclear Weapons Opposition," in Roger S. Powers and William B. Vogele, eds., *Protest, Power, and Change: An Encyclopedia of Nonviolent Action from ACT-UP to Women's Suffrage*. New York: Garland Publishers, 1997, pp. 377-384.

DSM and Suzanne Staggenborg, "Movements, Countermovements, and the Structure of Political Opportunity," *American Journal of Sociology* 101 (May 1996) 6: 1628-1660.

William A. Gamson and DSM, "Framing Political Opportunity," in Doug McAdam, John D. McCarthy, and Mayer N. Zald, eds., *Comparative Perspectives on Social Movements: Political Opportunities, Mobilizing Structures, and Cultural Framings*, Cambridge: Cambridge University Press, 1996, Pp. 275-290.

"Framing National Security: Elite Public Discourse on Nuclear Weapons during the Cold War," *Political Communication* 12 (April-June 1995) 2: 173-192.

DSM and Joshua Gamson, "The Challenge of Cultural Elites: Celebrities and Social Movements," *Sociological Inquiry* 65 (May 1995) 2: 181-206.

DSM and Nancy Whittier, "Social Movement Spillover," *Social Problems* 41 (May 1994) 2: 277-298.
* Reprinted in Doug McAdam and David A. Snow, eds., *Social Movements: Readings on their Emergences, Mobilization, and Dynamics*. Los Angeles: Roxbury Publishing, 1997, pp. 480-493.

Will Hathaway and DSM, "Competition and Cooperation in Social Movement Coalitions: Lobbying for Peace in the 1980s," *Berkeley Journal of Sociology* 38 (1993/94): 157-183.
* Reprinted in Rochon and Meyer, eds., *Coalitions and Political Movements: The Lessons of the Nuclear Freeze*, Boulder: Colorado: Lynne Rienner Publishers, 1997, pp. 61-79.

DSM and William Hoynes, "Shannon's Deal: Competing Images of the Legal System on Primetime Television," *Journal of Popular Culture* 27 (Spring 1994) 4: 31-41.

"Political Opportunity after the Cold War," *Peace and Change* 19 (April 1994) 2: 114-140.

Douglas R. Imig and DSM, "Political Opportunity and Peace and Justice Advocacy in the 1980s: A Tale of Two Sectors," *Social Science Quarterly* 74 (December 1993) 4: 451-479.

"Protest Cycles and Political Process: American Peace Movements in the Nuclear Age," *Political Research Quarterly* 46 (September 1993) 3: 451-479.

"Peace Protest and Policy: Explaining the Rise and Decline of Antinuclear Movements in Postwar America," *Policy Studies Journal* 21 (June 1993) 1: 35-51.

DSM and Douglas R. Imig, "Political Opportunity and the Rise and Decline of Interest Group Sectors," *Social Science Journal* 30 (July 1993) 3: 253-270.

"Institutionalizing Dissent: The United States Political Opportunity Structure and the End of the Nuclear Freeze Movement," *Sociological Forum* 8 (June 1993) 2: 157-179.

"Below, Beyond, Beside the State: Peace and Human Rights Movements and the End of the Cold War," in Valerie Hudson and David Skidmore, eds., *The Limits of State Autonomy: Societal Groups and Foreign Policy Formulation*, Boulder, CO: Westview, 1993, pp. 267-295.

DSM and Sam Marullo, "International Change from Below: Activism and the End of the Cold War," *Sociological Practice Review* 3 (October 1992) 4: 189-203.

DSM and Sam Marullo, "Grassroots Mobilization and International Politics: Peace Protest and the End of the Cold War," *Research in Social Movements, Conflict and Change* 14 (1992): 99-147.

"Star Wars, *Star Wars*, and American Political Culture," *Journal of Popular Culture* 26 (Fall 1992) 2: 99-116.

DSM and Robert Kleidman, "The Nuclear Freeze Movement in the United States," *International Social Movement Research* 3 (1991): 231-262.

"Peace Movements and National Security Policy: A Research Agenda," *Peace and Change* 16 (April 1991) 2: 131-161.

"Peace Movement Demobilization: The Fading of the Nuclear Freeze," in John Lofland and Sam Marullo, eds., *Peace Action in the 1980s: Social Science Perspectives*, New Brunswick, NJ: Rutgers University Press, 1990, pp. 53-71.

**Reviews**:

Sasha Davis, *Replace the State: How to Change the World When Elections and Protests Fail*, forthcoming in *Contemporary Sociology*.

D. W. Livingstone, *Tipping Point for Advanced Capitalism: Class, Class Consciousness and Activism in the "Knowledge Economy," Contemporary Sociology* 54 (January 2025) 1:57-58.

Benjamin Abrams, *The Rise of the Masses: Spontaneous Mobilization and Contentious Politics*, *Mobilization.* 29 (June 2024) 2: 79-280.

Stephanie Muravchik and John A. Shields, *Trump's Democrats*; Carter A. Wilson, *Trumpism: Race, Class, Populism and Public Policy*, *Perspectives on Politics*. 40 (December 2022) 4: 1454-1456.

Jerusha O. Conner, *The New Student Activists: The Rise of Neoactivism on College Campuses*, *International Sociology Reviews*, 37 (2022) 2 https://doi.org/10.1177/02685809221102693.

Hahrie Han, Elizabeth McKenna, and Michelle Oyakawa, *Prisms of the People: Power and Organizing in Twenty-first Century America*, *Social Forces*, October, 2021, https://doi.org/10.1093/sf/soab121

Steve Davis, *Undercurrents: Channeling Outrage to Spark Practical Activism*, *Contemporary Sociology.* 51 (December, 2021) 1: 44-45.

Sidney M. Milkis and Daniel J. Tichenor, *Rivalry and Reform: Presidents, Social Movements, and the Transformation of American Politics*, *Perspectives on Politics* 17 (2019) 4: 1187-1188.

Joshua Clover, *Riot. Strike. Riot: The New Era of Uprisings, Left History* 22 (2018) 1: 172-175.

Donatella della Porta, Joseba Fernández, Hara Kouki, and Lorenzo Mosca, *Movement Parties against Austerity*, *American Journal of Sociology* 124 (2018) 2: 601-603.

David Cunningham, *Klansville, U.S.A.: The Rise and Fall of the Civil Rights-Era Ku Klux Klan*, *Social Forces* 94 (2016) 3:388-89.

Robert Surbrug, Jr., *Beyond Vietnam: The Politics of Protest in Massachusetts, 1974-1990*, forthcoming in *Journal of Cold War Studies*.

Daniel M. Harrison, *Making Sense of Marshall Ledbetter: The Dark Side of Political Protest*, *Florida Historical Quarterly* 93(2015): 623-25.

Sarah B. Snyder, *Human Rights Activism and the End of the Cold War*, *Peace and Change* 39 (2014) 2: 276-278.

Doug McAdam and Hilary Schaffer Boudet, *Putting Social Movements in their Place: Explaining Opposition to Energy Projects in the United States, 2000-2005*, *Mobilization* 18 (2013) 3: 359-361.

Matt Grossman, *The Not-So-Special Interests: Interest Groups, Public Representation, and American Governance*, *American Journal of Sociology*, 118 (2013) 4: 114-116.

Rebecca Kolins Givan, Kenneth M. Roberts, and Sarah A. Soule, eds., *The Diffusion of Social Movements: Actors, Mechanisms, and Political Effects*, *Perspectives on Politics,* 10 (2012)1: 200-201.

Lee Ann Banaszak, *The Women's Movement inside and outside the State*, *Political Science Quarterly,*126 (2011) 3: 527-528.

Benjamin Ziemann, ed., *Peace Movements in Western Europe, Japan and the USA during the Cold War*, *Journal of Cold War Studies* 13 (2011) 4: 237-239.

Lawrence Wittner, *Confronting the Bomb: A Short History of the World Nuclear Disarmament Movement*, *New Political Science* 31 (2010) 4: 578-580.

John Wilson and Karyn Stapleton, eds., *Devolution and Identity*, *Political Psychology* 30 (2009) 1: 153-155.

Lawrence R. Jacobs and Theda Skocpol, eds., *Inequality and American Democracy: What We Know and What We Need to Learn*, *Contemporary Sociology* 35 (September 2006): 509-510.

Marco Giugni, *Social Protest and Policy Change: Ecology, Antinuclear, and Peace Movements in Comparative Perspective*, *Perspectives on Politics* 3 (March 2005): 179-180.

Lawrence S. Wittner, *Toward Nuclear Abolition: A History of the World Nuclear Disarmament Movement, 1971 to the Present*, *Political Science Quarterly* 119 (Winter 2004) 4: 711-713.

Charles Tilly, *Contention and Democracy in Europe, 1650-2000*, *Mobilization* 9 (2004) 3: 341-342.

"Globalization from Below: Democracy after the Cold War" Featured review essay of Mary Kaldor, *Global Civil Society: An Answer to War*, *International Studies Review* 6 (June 2004): 297-301.

Pedro Ibarra, ed., *Social Movements and Democracy*, *Political Science Quarterly* 119 (Spring 2004) 1: 202-204.

Martin Parker, *Against Management*, *Contemporary Sociology* 33 (January 2004) 1: 40-41.

Richard L. Wood, *Faith in Action: Religion, Race, and Democratic Organizing in America, Social Forces* 82 (December 2003) 2: 859-861.

Pippa Norris, *Democratic Phoenix: Reinventing Political Activism*, *Perspectives on Politics* 1 (December 2003) 4: 818-819.

Steven Breyman, *Why Movements Matter: The West German Peace Movement and U.S. Arms Control Policy*, *Contemporary Sociology* 31 (May 2002) 3: 323-324.

John A. Guidry, Michael D. Kennedy, and Mayer N. Zald, eds. *Globalizations and Social Movements: Culture, Power, and the Transnational Public Sphere*, *American Journal of Sociology* 107 (September 2002) 2: 518-520.

Susan J. Pharr and Robert D. Putnam, eds., *Disaffected Democracies: What's Troubling the Trilateral Countries*, *Journal of Political Ecology,* 8 (2001) http://www.library.arizona.edu/ej/jpe/volume_8/Meyer301.html.

Kevin Michael DeLuca, *Image Politics: The New Rhetoric of Environmental Activism*, *Contemporary Sociology* 30 (July 2001) 4: 370-371.

Dieter Rucht, Ruud Koopmans, and Friedhelm Neidhardt, *Acts of Dissent: New Developments in the Study of Protest*, *Social Forces* 79 (December 2000) 2: 791-793.

Janne E. Nolan, *"An Elusive Consensus: Nuclear Weapons and American Security after the Cold War*, *Political Science Quarterly* 115 (Fall 2000) 3: 482-483.

Rebecca E. Klatch, *A Generation Divided: The New Left, the New Right, and the 1960s*, *American Journal of Sociology 105* (May 2000) 6: 1788-1789.

Steven Breyman, *Movement Genesis: Social Movement Theory and the West German Peace Movement*, *American Journal of Sociology 104* (November 1999) 3: 920-921.

Jeffrey W. Knopf, *Domestic Society and International Cooperation: The Impact of Protest on US Arms Control Policy*, *American Political Science Review* 93 (September 1999) 3: 759-760.

Joe Foweraker and Todd Landman, *Citizenship Rights and Social Movements: A Comparative and Statistical Analysis*, *Political Science Quarterly* 113 (Winter 1998-99) 4: 745-746.

Nathan Teske, *Political Activists in America: The Identity Construction Model of Political Participation*, *Social Science Quarterly* 79 (December 1998) 4: 912-913.

Charles C. Euchner, *Extraordinary Politics: How Protest and Dissent are Changing American Democracy*, *American Political Science Review* 91 (September 1997) 3: 738.

Mark A. Graber, *Rethinking Abortion: Equal Choice, the Constitution, and Reproductive Politics*, *Political Science Quarterly* 112 (Summer 1997): 358.

John Lofland, *Polite Protesters: The American Peace Movement of the 1980s*, *Contemporary Sociology* 24 (January 1995): 50-51.

"Teaching and Reading Peace Studies," review essay of Charles Chatfield and Ruzanna Ilukhina, eds., *Peace/Mir: An Anthology of Historic Alternatives to War*; Thomas Keefe and Ron E. Roberts, *Realizing Peace: An Introduction to Peace Studies*; Michael T. Klare, ed., *Peace and World Security Studies: A Curriculum Guide,* Sixth Edition, *Peace and Change* 20 (January 1995): 130-136.

Helen Ingram and Steven Rathgeb Smith, eds., *Public Policy for Democracy*, *Contemporary Sociology* 23 (September 1994): 665-667.

Christian Joppke, *Mobilizing Against Nuclear Energy: A Comparison of West Germany and the United States*, *American Journal of Sociology* 100 (July 1994): 261-263.

Denise M. Bostdorff, *The Presidency and the Rhetoric of Foreign Crisis*, *American Political Science Review* 88 (June 1994) 2: 508-09.

Kenneth J. Heineman, *Campus Wars: The Peace Movement at American State Universities in the Vietnam Era*. *Culturefront* 2 (Fall 1993) 3: 62-63.

Louis Kriesberg, *International Conflict Resolution: The U.S.-USSR and Middle East Cases*, *Contemporary Sociology* 22 (September 1993) 5: 691-692.

James A. Morone, *The Democratic Wish: Popular Participation and the Limits of American Government, Ethics* 102 (January 1992) 2: 427.

**<u>Reports and Commentary</u>**:

*Politicsoutdoors.com: The Politics of Protest* (September 2010- )

*Shoot the People*, documentary, expert commentary, 2025.

Interview on protest responses in America, "Protest Muss Organisiert Werden," *der Spiegel*, March 7, 2025, p. 87. "Wo sind die großen Demos gegen Trump?" https://www.spiegel.de/wissenschaft/mensch/usa-wo-sind-die-grossen-demos-gegen-donald-trump-a-6f617bce-d0d1-4ece-9d32-3ddca3f3577c

"We Need a New Peace Movement to Prevent Nuclear War," *Jacobin*, August 6, 2024, https://jacobin.com/2024/08/nuclear-weapons-antiwar-peace-movement

Interview on How Social Movements Can (Sometimes) Make a Difference, ***Toplumsal Hareketler (Bazen) Nasıl Fark Yaratabilir?*** with Özge İpek Esen, *K24*, July 25, 2024, https://www.k24kitap.org/david-s-meyer-ile-soylesi-toplumsal-hareketler-bazen-nasil-fark-yaratabilir-4738

"Foreword: They Were Right," introduction to David Cortright, *A Peaceful Superpower: Lessons from the World's Largest Antiwar Movement,* New York: New Village Press, 2023, pp. ix-xi.

*Exxtinction Emergency*, documentary, expert commentary, 2022.

"What the gun control movement can learn from the antiabortion movement." *The Washington Post*, June 10, 2022. https://www.washingtonpost.com/outlook/2022/06/10/gun-control-antiabortion-movements-roe/

"The Canadian truckers' 'freedom convoy' disrupted life and blockaded borders. Did the protest succeed? *The Washington Post*, *The Monkey Cage*, February 24, 2022. https://www.washingtonpost.com/politics/2022/02/24/canada-trucker-protests-vaccine-mandate/

"William A. Gamson," Obituary, *Footnotes* 49 (3) Summer 2021, https://www.asanet.org/about/governance-and-leadership/council/presidents/william-gamson

"Keystone Cancellation is a Hard-Won Victory for a Social Movement That Must Keep Pushing for More." Union of Concerned Scientists blog, June 21, 2021, https://blog.ucsusa.org/science-blogger/keystone-cancellation-is-victory-for-movement/

Eulalie Laschever and DSM, "Three reasons the U.S. hasn't passed more gun regulations (and one reason this time might be different)."*The Washington Post, The Monkey Cage,* May 7, 2021, https://www.washingtonpost.com/politics/2021/05/07/three-reasons-us-hasnt-passed-more-gun-regulations-one-reason-now-might-be-different/

"What's Next: Activism and Social Justice in the Aftermath of the Trump Presidency," *Mobilizing Ideas*, January 20, 2021, https://mobilizingideas.wordpress.com/2021/01/20/whats-next-activism-and-social-justice-in-the-aftermath-of-the-trump-presidency/

"(Mais) protestos conservadores na era pré-pós-Trump: invadindo o Capitólio," *Vos.social,* January 9, 2021, https://vos.social/reportagens-especiais/mais-protestos-conservadores-na-era-pre-pos-trump-invadindo-o-capitolio/ Translated and reprinted from "(More) conservative protest in the pre-post-Trump era: storming the Capitol." Politicsoutdoors.com, January 6, 2021, https://politicsoutdoors.com/2021/01/06/more-conservative-protest-in-the-pre-post-trump-era-storming-the-capitol/

"Activists Helped Get Biden Elected. When He's in Office, They'll Fight Him," *The Washington Post,* November 6, 2020, https://www.washingtonpost.com/outlook/social-movements-presidents-biden-pressure/2020/11/06/532fd91c-1f99-11eb-90dd-abd0f7086a91_story.html

"Who Do You Trust?: Mobilization, Polarization and the Erosion of Public Expertise," Union of Concerned Scientists blog, October 23, 2020, https://blog.ucsusa.org/science-blogger/mobilization-polarization-and-erosion-of-public-expertise

"A 'Good' Protester is Just a 'Bad' Protester in the Misty Rearview Mirror," *The Washington Post*, June 5, 2020, https://www.washingtonpost.com/outlook/2020/06/05/good-protesters-bad-protesters/

"Generational Divides, Student Activism, and the Youth Vote," *Mobilizing Ideas*, April 21, 2020, https://mobilizingideas.wordpress.com/2020/04/21/generational-divides-student-activism-and-the-youth-vote-dialogue/?preview_id=12678&preview_nonce=8aee0d833b&post_format=standard&_thumbnail_id=-1

"Social Distance and Social Movements During COVID-19," Union of Concerned Scientists blog, April 20, 2020, https://blog.ucsusa.org/science-blogger/social-movements-during-covid-19

"A global explosion of people power?" *The Big Q*, December 4, 2019, https://www.thebigq.org/2019/12/04/a-global-explosion-of-people-power/

"3 ways activist kids these days resemble their predecessors." *The Conversation,* March 8, 2019. https://theconversation.com/3-ways-activist-kids-these-days-resemble-their-predecessors-112502
*Reprinted in *The San Francisco Chronicle,* March 11, 2019. https://www.sfchronicle.com/news/article/3-ways-activist-kids-these-days-resemble-their-13672843.php

"One year after the Parkland shooting, is the #NeverAgain movement on track to succeed?"
*The Washington Post, The Monkey Cage,* February 14, 2019.
https://www.washingtonpost.com/news/monkey-cage/wp/2019/02/14/one-year-after-the-parkland-shooting-is-the-neveragain-movement-on-track-to-succeed/?noredirect=on&utm_term=.81a355e1490c

"Social Movements and Political Context: interview with David S. Meyer," *Psicologia Política*. vol. 18. nº 41. pp. 188-197. jan. – abr. 2018 (original in Portuguese).

DSM and Sidney Tarrow, "The Future of the #Resistance," *Critical Mass Bulletin*, 43 (Spring 2018):3-4.

"The Parkland Teens Started Something. How Can It Become a Social Movement?" *The Washington Post, Outlook: Perspective,* April 13, 2018.

"Did the Women's March Matter? Does it Still?" KCET January 20, 2018. https://www.kcet.org/news-analysis/did-the-womens-march-matter-does-it-still

"Considering Contention in Trumptimes," *Critical Mass Bulletin*, 42 (Spring 2017): 4-5, http://cbsm-asa.org/2017/05/considering-contention-in-trumptimes/

"Strategies for movement survival," *Contexts Symposium: After Marriage Equality*. http://contexts.org/blog/strategies-for-movement-survival/ July 8, 2015.

"Antiwar Activism and the Work of History," *Peace, War, and Social Conflict Section Newsletter* (May, 2013): 4-6.

"Where's the Peace Movement?" in Essay Dialogue, "Iraq War Protests, Ten Years Later." http://mobilizingideas.wordpress.com/2012/07/02/wheres-the-peace-movement/ July 2, 2012.

"The Tea Party and American Politics: Origins, Outcomes, and Perverse Outcomes," in Essay Dialogue: "The Tea Party and the Republican Primaries." http://mobilizingideas.wordpress.com/2012/02/01/the-tea-party-and-american-politics-origins-outcomes-and-perverse-effects/ February 2, 2012.

"Roundtable: Sociologists Studying Social Movements," *The Society Pages,* http://thesocietypages.org/roundtables/social-movements/ January 27, 2012.

"What Occupy Wall Street Learned from the Tea Party." *The Washington Post*, *Sunday Outlook*. October 9, 2011. Reprinted in *The Wichita Eagle*, October 13, 2011; San *Francisco Chronicle*, October 16, 2011; and as "Okupuja;cy kontra herbaciarze"at the Polish Civic Institute, http://www.instytutobywatelski.pl/2844/komentarze/okupujacy-kontra-herbaciarze.

"Americans Are Angry. Why Aren't They Protesting?" *The Washington Post*, *Sunday Outlook*. August 14, 2011, p. B1+.

"How Much Do Protests Matter?: A Freakonomics Quorum." *The New York Times* online. August 20, 2009, http://freakonomics.blogs.nytimes.com/2009/08/20/do-protests-matter-a-freakonomics-quorum/

"Letter from the Chair: National Security and the Politics of Protest." *Peace, War, and Social Conflict Section Newsletter* (July 2009): 2-3.

"Perspectives: Is Contentious Politics Relevant in Liberal Democracy?" *Kasarinlan: Philippine Journal of Third World Studies* 23 (2008) 1: 150-155.

"Chuck Stories: Remembering Charles Tilly," *Social Movement Studies* 7 (October 2008) 3: 215-216.

"Boundaries and Relations between Political Science and Political Sociology," with James Mahoney, John D. Stephens, and John Skrentny, *Political Sociology: States, Power, and Society* 14 (Summer 2008) 3: 1+.

"Symposium on Law, Elections, and Politics." AMICI, Newsletter of the ASA Sociology of Law 15 (Winter 2007) 2: 12-14.

"Arranging the Right Book Contract." *PS: Political Science & Politics* 38 (October 2005) 4: 746.

"Public Sociologies and Social Movements." *Critical Mass Bulletin* 29 (Spring 2004) 1: 1-5.

"The Dean Campaign: What Battle Now? Putting 'Spine' into the Democratic Party May Not Drive a Social Movement." *Newsday,* February 22, 2004.
* Reprinted *Manchester Union-Leader,* February 25, 2004.

"Where is the Peace Movement When You Need it?" *European Dialogue*. Spring 1993.
* Reprinted in *Peace Review* 5 (Winter 1993/94) 3: 483-486.

"How We Helped End the Cold War (and Let Someone Else Take All the Credit)," *Nuclear Times*, Winter 1990-91, pp. 9-14.
* Reprinted in Sonia Shah, ed., *Between Fear and Hope: A Decade of Peace Activism*, Baltimore, MD: Fortkamp, 1992, pp. 96-103.

"Failed Vision: Neoliberal Defense Reform," with Matthew Goodman, *Defense and Disarmament News*, July/August 1986.

"Military Spending: Can We Budge It?" with Randall Forsberg, *Defense and Disarmament News*, June/July 1985.

"Aircraft Carriers: Three Billion Dollar Flagpoles?" *Defense and Disarmament News,* April/May 1985.

"Germans Blockade Nuke Base," *WIN*, November 1982.

"END Presents Demands to NATO," *WIN*, September 1982.

"Down by the Old Mill Stream: Microhydropower in New England," *Living Alternatives,* April/May 1981.

**Pre-doctoral Experience**:

Merrimack College, Assistant Professor (1986-1987)
Boston University, Instructor (Summer, 1986)
Teaching Fellow (1981-1985)
* University Award, "Outstanding Teaching Fellow," 1983-1984.
Northeastern University, Instructor (1985-1986)
Hampshire College, Instructor, Teaching Assistant (1978-1979)
Researcher and Consultant, Institute for Defense and Disarmament Studies (1984-1986)
Intern to Professor Lawrence Kohlberg, Harvard University School of Education (1978)

**PRESENTATIONS/ INVITED TALKS**:

Invited Panelist, "The Climate Movement in Hard Times," Environmental Politics and Government Network, Deep Conversations, October 2, 2025, virtual (Brown University host).

Invited Discussant, "Diversity and Solidarity in Challenging Times: Social Movements and Pathways to Inclusion," Book Workshop organized by Diversity and Inclusion in Social Movements Research Collaborative, Laurel Weldon, Kaitlin Kelly-Thompson, Jared Wright, Rachel Einwohner, Valeria Sinclair-Chapman, Fenando Tormos-Aponte, Simon Fraser University, September 9, 2025, Vancouver, British Columbia, Canada.

Panel Organizer and Discussant, "Global Crises and Social Movements," Special Session, American Sociological Association, Chicago, Illinois, August 10, 2025.

Presider and Presenter, "What is the Use of Protest Today" panel; paper: "What Do Demonstrations Demonstrate," American Sociological Association, Chicago, Illinois, August 9, 2025.

Presenter, "Meet the Editors" panel, "The Many Impacts of Social Movements: Fifty Years after William Gamson's *The Strategy of Social Protest*," Miniconference, Northwestern University, Chicago, Illinois, August 8, 2025.

Organizer and Discussant, "Impacts of Progressive Movements and Gender Politics," "The Many Impacts of Social Movements: Fifty Years after William Gamson's *The Strategy of Social Protest*," Miniconference, Northwestern University, Chicago, Illinois, August 7, 2025.

"How to Save the World: Learning from Citizen Engagement on Nuclear Weapons," Center for Global Peace and Conflict Studies," University of California, Irvine, May 22, 2025.

"The Missing Peace: Learning from Citizen Engagement on Nuclear Weapons," TEDxUCIrvine, University of California, Irvine, April 25, 2025.

Scholars' Circle – Trump's Assault on Academic Freedom," podcast, March 23, 2025. https://scholarscircle.org/scholars-circle-trumps-assualt-on-academic-freedom-book-author-interview-we-the-men-march-23-2025/

"How to Save the World: Learning from Citizen Engagement on Nuclear Weapons," Princeton University Science and Global Security Seminar (virtual), November 20, 2024.

"Is the free speech debate dead?" *It's Been a Minute*, NPR podcast, October 11, 2024, https://www.npr.org/2024/10/11/1210935820/its-been-a-minute-campus-protests

"Activism and Influence: Search for a Recipe," Keynote closing address*, SASICon: Speeches for Liberation, (Students Activating Social Change),* University of California, Irvine, September 28, 2024.

"How to Save the World: Learning from Citizen Engagement on Nuclear Weapons," plenary presentation, Mobilization Conference, "Strategy and Influence: Movements, Media, and Parties," San Diego State University, July 9, 2024, San Diego, California.

Scholars' Circle podcast, "Insights into Student Protest at University Campuses," May 26, 2024, https://scholarscircle.org/scholars-circle-insights-into-student-protests-at-university-campuses-may-26-2024/

"Why do people protest, and do protests work?" Quotes from Experts, SciLine (AAAS), May 6, 2024, https://www.sciline.org/social-sciences/protests-sociology-psychology/

"The Changing Profile of Science Advocacy in the United States," with Fernando Tormos-Aponte, Giovanni Castro-Irizarry, John N. Parker, Scott Frickel, and Norah McKendrick, American Sociological Association, August 19, 2023, Philadelphia, Pennsylvania.

Invited speaker, "Young Scholars in Social Movements" Mini-Conference, Notre Dame Center for the Study of Social Movements, University of Notre Dame, April 21-22, South Bend, Indiana.

Invited Talk, "The Street and the Ballot Box: Social Movements and Elections," The Asian Institute, Munk School of Global Affairs and Public Policy, University of Toronto, March 8, 2023, Toronto, Canada.

Invited Plenary Speaker, "The Dilemmas of Escalation, Tactical and Otherwise," Social Movements and Nonviolent Protest in Contemporary Democracy conference, San Diego State University, June 24, 2022, San Diego, California.

Invited Critic, Author Meets Critic Session, (virtual), Rachel L. Einwohner, *Hope and Honor: Jewish Resistance during the Holocaust*, Purdue University April 19, 2022.

Invited Panelist, "Understanding the Russia-Ukraine Crisis," (virtual), University of California, Irvine, School of Social Sciences, February 25, 2022.

Invited Speaker, "Social Movements and Democracy in Today's Politics," *Enduring Questions and Ideas Convocation,* Concordia University, February 15, 2022, Irvine, California.

Invited Critic, Author Meets Critics session, Sidney Tarrow, *Movements and Parties: Critical Connections in American Political Development*, University of Pittsburgh (virtual), November 19, 2021.

Organizer and Chair, "Honoring the Legacy of William Gamson," American Sociological Association (virtual) August 7, 2021.

"Social Movements and Social Change: Protest in the Age of Trump," Pacific Sociological Association (virtual) March 19, 2021.

"Protest and the end of the Trump Era," Laguna Woods Democratic Club (virtual), March 15, 2021.

Featured guest, "Science! Presents: Learning to Earn Your Trust," online, January 27, 2021, https://www.eventbrite.com/e/science-presents-learning-to-earn-your-trust-tickets-132331768883?aff=erelexpmlt#

Invited Panelist, "American Democracy and the Crisis in the Capitol" Jack D. Peltason Center for the Study of Democracy, University of California, Irvine, online, January 8, 2021, https://www.socsci.uci.edu/newsevents/events/2021/2021-01-08-crisis-at-the-capitol.php

Invited Panelist, "Critical Conversations: Protest and Political Change," Toronto International Festival of Authors, online, October 28, 2020.

Invited Panelist, "Issues in the 2020 Election: Social Movements, Political Misinformation, and the Court," Jack D. Peltason Center for the Study of Democracy, University of California, Irvine, online, October 20, 2020, https://www.socsci.uci.edu/newsevents/events/2020/2020-10-20-issues-in-the-2020-election.php

Invited Speaker, "Disrupting the Status Quo: Frameworks for Accelerated Change," Radical Reimaginations for Climate Justice. Online Seminar sponsored by Tishman Environment and Design Center, New School for Social Research, August 28, 2020.

Scholars' Circle – Implications of Homeland Agency Troops against Protestors in Portland, podcast, July 26, 2020 http://www.armoudian.com/scholars-circle-implications-of-homeland-agency-troops-against-protestors-in-portland-july-26-2020/

Interdisciplinary Collaborative Workshops on Public Scholarship, videotaped interview on protest and social change, posted July 6, 2020. https://www.youtube.com/watch?v=hmwM-QQmhtA (ICW is a collaborative exchange among University of Minnesota-Twin Cities, Morehouse College, Spelman College, and Howard University.) https://sites.google.com/umn.edu/icw-teach-ins-policing-protest/home?authuser=0

Scholars' Circle – Revolution in Organizing Civil Protest For Change -/- Why Power Affects Moral Judgement, host, podcast – June 7, 2020, http://www.armoudian.com/scholars-circle-revolution-in-organizing-civil-protest-for-change-why-power-affects-moral-judgement-june-7-2020/

"Competing Populisms: The Trump Presidency and Oppositional Movements in the United States," Keynote opening talk at "Social Movements and Civil Society in Central and Eastern Europe: Historical Legacy and Current Trends" conference, at The Graduate School for Social Research, Institute of Philosophy and Sociology of Polish Academy of Sciences, October 12, 2019, Warsaw, Poland. Director of Master class on the study of contemporary social movements, October 14, 2019.

"Stake and Standing: The Challenges of Peace Activism" American Sociological Association, August 12, 2019, New York, New York.

Organizer and Chair, "Resistance in the Trump Era: Defending Institutions and Advancing Social Justice," American Sociological Association, August 13, 2019, New York, New York.

Invited speaker, "Young Scholars in Social Movements" Mini-Conference, Notre Dame Center for the Study of Social Movements, University of Notre Dame, May 2-4, 2019, South Bend, Indiana.

Scholars' Circle – The Resistance: The Anti-Trump Opposition Movement, podcast, – April 7, 2019, http://www.armoudian.com/scholars-circle-the-resistance-the-anti-trump-opposition-movement-april-7-2019/

Invited talks, "Watching the Resistance: Beyond the Dawn of the Anti-Trump Movement," University of Missouri, St. Louis; Washington University, St. Louis, April 2, 2019, St. Louis, Missouri.

Invited talk, "Social Movements and the Dilemmas of American Democracy," Soka University, March 28, 2019, Aliso Viejo, California.

Invited talk, "Social Movements and Standing in the American Gun Debate," Randolph W. Thrower Symposium, "Exploring Gun Violence in Modern America: Law, Policy, and Social Movements," Emory University School of Law, February 7, 2019, Atlanta, Georgia.

Invited talk, "The Nuclear Freeze and How Social Movements Work," Presented at "Toward a Theory of Peace: Randall Forsberg and her Legacy," Cornell University, September 14, 2018, Ithaca, New York.

"Democracy and the End of War: Randy Forsberg's Theory of Peace," American Political Science Association, August 31, 2018, Philadelphia, Pennsylvania.

Chair and Discussant, "Mass Protest in Comparative Perspective: New Directions in Methods and Empirics," American Political Science Association, August 30, 2018, Philadelphia, Pennsylvania.

Invited keynote talk, "Ascent from the Maelstrom: Survival, Witness, and Organizing for the Future," Voices of Conscience conference, University of Notre Dame, May 22-24, 2018, South Bend, Indiana.

Invited talk, "Twenty-first Century American Populist Movements: The Challenges of Organization and Institutionalization," New Directions in Populism Workshop, Arizona State University, March 15-17, 2018, Glendale, Arizona.

Invited talk, "Building and Sustaining Movements," Peace and Justice Week Panel, January 26, 2018, University of California, Irvine.

Invited talk, "The Politics of Protest," League of Women Voters Orange Coast, November 15, 2017, Irvine, California.

Invited talk, "Tolerating Intolerance: How to Fight Hate Movements Effectively." Chapman University Conference on Wars and Peace Abroad, Conflicts & Cooperation at Home, Planetary Challenges, & Promoting Nonviolent Social and Political Change Conference, September 21, 2017, Orange, California.

Invited plenary session talk, "How the Effectiveness of Non-violent Action is the Wrong Question for Activists, Academics, and Everyone Else," San Diego State University Conference on Social Movements and Protest: Nonviolent Strategies and the State, May 6, 2017, San Diego, California.

McCarthy Award lecture, "Movement Analysis on the Fly: Social Science and Relevance," University of Notre Dame, April 1, 2017, South Bend, Indiana.

Invited talk, "Making Sense of the Anti-Trump Protests," Concordia University, February 15, 2017, Irvine, California.

"Rethinking Civil Rights Movement Outcomes," Thematic Session, American Sociological Association, August 23, 2016, Seattle, Washington.

Organizer and Chair, Author Meets Critic session, *Do-It-Yourself Democracy*, by Caroline Lee, American Sociological Association, August 20, 2016, Seattle, Washington.

Discussant, "Strategy and Social Movements," American Sociological Association, August 25, 2015, Chicago, Illinois.

"When Repression Fails to Backfire: Movement's Powers, State's Power, and Conditions Conducive to International Intervention," with Eitan Y. Alimi, American Sociological Association, August 23, 2015, Chicago, Illinois.

"Raising and Sustaining Public Attention: Tea Party and Occupy Protest Mobilization and Agenda Setting," with Megan E. Brooker, American Sociological Association, August 23, 2015, Chicago Illinois.

Invited speaker, "Young Scholars in Social Movements" Mini-Conference, Notre Dame Center for the Study of Social Movements, University of Notre Dame, May 1-2, 2015, South Bend, Indiana.

Invited talk, "Social Movements in America: The Challenge of Constructing and Deploying Diversity," Diversity and Inclusion Project Symposium, Purdue University, April 13, 2015, West Lafayette, Indiana.

Invited participant, "Social Movement Consequences for Youth," conference, University of Arizona, January 30-February 1, 2015, Tucson, Arizona.

Invited talk, "Occupy versus the Tea Party and the Struggle for America," Soka University, November 12, 2014, Aliso Viejo, California.

"The Growth and Decay of Organizational Fields: Gun Control and Guns Rights Organizations from 1945 to 2012," with Eulalie Laschever, American Sociological Association, August 17, 2014, San Francisco, California.

Presider and discussant, "Politics of Occupy Wall Street," American Sociological Association Meeting, August 16, 2014, San Francisco, California.

"Social Movements and the Lure of the Courts," on panel, "Waging War in the Battle over Reproductive Rights," University of Laverne Law School Symposium on Cause Lawyering, February 28, 2014, Ontario, California.

Invited Discussant, Book Workshop for Paul Chang, "Protest Dialectics: The Emergence and Evolution of South Korea's Democracy Movement," Weatherhead Center for International Affairs, Harvard University, January 17, 2014, Cambridge, Massachusetts.

"Occupy versus the Tea Party and the Struggle for America," Socio-legal Studies Workshop, University of California Irvine Law School, November 1, 2013, Irvine, California.

"Dissertation Writing: Strategies and Pitfalls," panel at University of California President and Chancellors' Postdoctoral Fellowship Programs and Dissertation Year Fellowship Program, Fall meeting. September 20, 2013, Oakland, California.

Keynote Address, "Occupy versus the Tea Party and the Struggle for America," "Caught in the Act of Protest, CCC Closing Conference," Vrije University, April 24, 2013, Amsterdam, Netherlands.

"The Accretion and Dispersion of Issues in Social Movement Coalitions," with Amanda Pullum and Rottem Sagi, American Sociological Association, August 19, 2012, Denver, Colorado.

"Reconsidering the Social Movement Society in the New Century," Workshop on the Social Movement Society, University of Ottawa, May 24-25, 2012, Ottawa, Canada.

Invited participant, "Assessing the Leadership Development Strategy of Asian Immigrant Women Advocates," University of California, Santa Barbara, May 13, 2012, Santa Barbara, California.

Invited talk, "Violence and Nonviolence in Context," University of Massachusetts, May 9, 2012, Amherst, Massachusetts.

Invited speaker, "Young Scholars in Social Movements" Mini-Conference, Notre Dame Center for the Study of Social Movements, University of Notre Dame, May 4-5, 2012, South Bend, Indiana.

Invited critic, mini-conference on Christopher Zepeda-Millan, "Dignity's Revolt: Threat, Identity, and Mass Mobilization," University of Chicago, May 2, 2012, Chicago, Illinois.

Invited presentation, "Framing in Context," Frameworks conferral, March 28, 2012, Manhattan Beach, California.

Invited presentation, "Think and Drink: The Future of Social Movements and Citizen Power." Oregon Humanities, March 14, 2012, Portland, Oregon.

Invited talks "Occupy versus the Tea Party," Laguna Woods Community, April 3, 2012, Laguna Hills, California; University Club Forum, February 15, 2012, Irvine, California; Department of Sociology, University of California, San Diego, February 9, 2012, San Diego California; University of California Librarians, February 2, 2012, Irvine, California.

Invited International Workshop Director, "Protest Politics and Public Policy: A Comparative Perspective," Seventh Annual Graduate Conference in Political Science, International Relations, and Public Policy in Memory of Yitzhak Rabin, December 14-16, 2011, The Hebrew University, Jerusalem, Israel.

"Plutocrats, Populists, and the Tea Party," with Amanda Pullum, American Political Science Association, September 1, 2011, Seattle, Washington.

Discussant, "Movement Supporters and Opponents," American Sociological Association, August 20, 2011, Las Vegas, Nevada.

Discussant, "Social Movements and Organizations," Collective Behavior and Social Movements Workshop, August 19, 2011, University of Nevada, Las Vegas.

Invited Presentation, "Broadening the Field: Expanding the Frame of Social Movement Outcomes," Outcomes of Social Movements and Protest International Conference, Wissenschaftszentrum, June 23-35, 2011, Berlin, Germany.

Organizer and Participant, “Social Movements and Politics” Conference, Cornell University Institute for European Studies, June 3-4, 2011, Ithaca, New York.

Invited Participant, “Young Scholars in Social Movements” Mini-Conference, Notre Dame Center for the Study of Social Movements, University of Notre Dame, April 29-30, 2011, South Bend, Indiana.

Invited Panelist, “Beyond Gay Rights: Lessons from Other Social Movements,” The Williams Institute, Tenth Anniversary Celebration, UCLA School of Law, April 8, 2011, Los Angeles California.

“Understanding the Tea Party,” with Amanda Pullum, Invited talk, Wilkinson College, Chapman University, March 24, 2011, Orange, California.

“The Social Movement Society, the Tea Party, and the Democratic Deficit,” with Amanda Pullum, “Democratizing Inequalities” conference, New York University, October 16, 2010, New York.

“High Profile Rape Trials and Policy Advocacy,” with Kristine Coulter, American Political Science Association, September 3, 2010, Washington, DC.

Invited talk, “Social Movement Perspectives on the Town Hall/Tea Party Protest,” American Sociological Association, August 15, 2010, Atlanta, Georgia.

Discussant, Peace and Conflict, American Sociological Association, August 14, 2010, Atlanta, Georgia.

Invited talk, “Broadening the Field: Expanding the Frame of Social Movement Outcomes,” inaugural MOVEOUT (international social movement outcomes research network) conference, University of Geneva, February 16-17, 2010, Geneva, Switzerland.

Invited Discussant, “Multi-Disciplinary Perspectives on National Human Rights Institutions, State Compliance and Social Change,” Harvard University Law School, September 10-11, 2009, Cambridge Massachusetts.

Invited Talk, “War, Protest, and American Political Development,” Smith College, March 4, 2009, Northampton, Massachusetts.

Invited Participant, Special Programmatic Roundtable, “Political Voice Beyond Voting: Social Movements,” American Political Science Association, August 30, 2008, Boston, Massachusetts.

Discussant, “The Interactive Classroom,” American Political Science Association, August 29, 2008, Boston, Massachusetts.

“The Politics of Preschool,” with Doug Imig, American Political Science Association, August 28, 2008, Boston, Massachusetts.

“Thinking about Strategy,” with Suzanne Staggenborg, American Sociological Association, August 4, 2008, Boston, Massachusetts.

Invited Talk, “How Social Movements Work,” Climate Change Solutions Summit, March 15, 2008, Nashville, Tennessee.

Invited Talk, “Peace Movements, Politics, and Policy: Lessons from the U.S.” Social Justice and Social Change Research Center, May 7, 2008, University of Western Sydney, Sydney, Australia.

Invited Talk, “The Big Books Story,” April 2, 2008, Florida State University, Tallahassee, Florida.

Discussant, “Changing Forms of Political Activism: Issues with Mobilization, Professionalization and Outsourcing,” American Political Science Association, September 2, 2007, Chicago, Illinois.

Discussant, “Policy Change: Policy Learning, Path Dependency, and Punctuated Equilibrium,” American Political Science Association, September 1, 2007, Chicago, Illinois.

“The Politics of Universal Pre-Kindergarten,” with Douglas Rowley Imig. American Political Science Association, August 31, 2007, Chicago, Illinois.

Discussant, “Political Sociology: Political Attitudes,” American Sociological Association, August 12, 2007, New York, NY.

Plenary Address, “Thinking about Strategy,” with Suzanne Staggenborg, Collective Behavior/Social Movement Workshop, “Movement Cultures, Strategies, and Outcomes,” August 9, 2007, Hofstra University, Hempstead, New York.

Invited Participant, “Moving from Science to Action,” Roundtable, “Cities and Global Climate Change” Conference, April 27, 2007, Newkirk Center for Science and Society, University of California, Irvine.

Invited Talk, “War, Peace, and American Political Development,” April 9, 2007, University of California, Riverside.

Invited Talk, “War, Peace Movements, and American Political Development,” March 8, 2007, University of California, Los Angeles.

Invited Talk, “War and Democratic Development in the United States,” University of Pittsburgh, January 22, 2007, Pittsburgh, Pennsylvania.

Invited Discussant, “Popular Contention in China,” University of California, Berkeley, Institute for East Asian Studies, October 6-7, 2006, Berkeley, California.

Discussant, “Globalization Is What We Make of It: Contentious Politics, Between the Local and the Transnational,” American Political Science Association, September 3, 2006, Philadelphia, Pennsylvania.

Invited Panelist, special session, “Getting Published in Political Science: Books,” American Political Science Association, September 2, 2006, Philadelphia, Pennsylvania.

“Platform Leadership: Cultivating Support for a Public Profile,” with Kelsy Kretschmer, American Sociological Association, August 14, 2006, Montreal, Canada.

“Deinstitutionalizing Dissent,” Invited Session, “Social Movements and Institutional Politics,” American Sociological Association, August 13, 2006, Montreal, Canada.

“The Politics of Pre-Kindergarten Initiatives in California and Beyond.” Urban Child Institute, June 29, 2006, Memphis, Tennessee.

Discussant, Author Meets Critics Session, Nicole Raeburn, *Changing Corporate Culture from the Inside Out: Lesbian and Gay Workplace Rights*, Pacific Sociological Association, April 22, 2006, Hollywood Hills, California.

“Interrogating the Myth of Big Books,” Brooklyn College, Department of Sociology, March 30, 2006, Brooklyn, NY.

“Signals and Spillover: *Brown v. Board of Education* and *Other* Social Movements,” with Steven A. Boutcher, American Sociological Association, August 15, 2005, Philadelphia, Pennsylvania.

"Movement Crossovers, Threats, and Sudden Mobilization: The Surprising Rise of the U.S. Antiwar Movement," with Ellen R. Reese and Christine Petit, American Sociological Association, August 13, 2005, Philadelphia, Pennsylvania.

"What Do You Do When You Don't Get That Job Offer?" Ph.D. Job Search Event, May 6, 2004, University of California, Irvine.

Panel Chair and Organizer, "Social Movements and Democracy." Pacific Sociological Association, April 8, 2005, Portland, Oregon.

Discussant, "Political Participation and Civic Engagement," panel at "Political Participation and Civic Engagement" conference, Center for the Study of Democracy, February 26, 2005, University of California, Irvine.

"Ideas and Political Change: Big Books and Social Movements," University of Minnesota, Department of Sociology, December 8, 2004, Minneapolis, Minnesota.

Chair and Discussant, "Social Movements and Transboundary Interactions," panel at "Challenges of a Transboundary World" conference, October 29, 2004, University of California, Irvine.

"The Changing Landscape for Social Movements in America after 9/11," Invited Presentation at "Rethinking Post-9/11: The Cultural Discourses of National and International Violence and Security in the 21st Century" conference, October 16, 2004, School of Humanities, University of California, Irvine.

Invited Presentation, "From Public Will to Public Policy: Lasting Policy Change in Early Education," Spotlight session at Grantmakers for Education, annual conference, "Keeping Democracy's Promise: Class, Race, Gender & National Origin in Education," October 19, 2004, Atlanta, Georgia.

"The Ins and Outs of Obtaining a Book Contract." Invited session cosponsored by the Women's Caucus for Political Science and the APSA Committee on the Status of Blacks in the Profession, September 4, 2004, American Political Science Association, Chicago, Illinois.

Organizer and Chair, Invited session on Collective Behavior and Social Movements: "Institutionalization and Revitalization of Social Movements," American Sociological Association, August 17, 2004, San Francisco, California.

"Coalitions and Political Context: The Movements against the War in Iraq," with Catherine J. Corrigall-Brown, American Sociological Association, August 15, 2004, San Francisco, California.

Invited presentation at "Climate Change Communication and Social Change" Workshop, June 8-11,2004, National Center for Atmospheric Research (NCAR), Boulder, Colorado.

"Transnational Peace Activism: A Research Agenda," Invited presentation at "Global Peace Movements and the Abolition of War" workshop, May 13-15, 2004, Watson Institute for International Studies, Brown University, Providence, Rhode Island.

"Transnational Peace Activism: The Prospects for Cooperation after the War." Invited presentation at "Inevitable Alliance?: A Workshop on European-American Relations after the Iraq Invasion," Cornell University, April 30-May 1, 2004, Ithaca, NY.

Discussant, Author Meets Critics session on Amy Binder, *Contested Curricula*, Pacific Sociological Association, April 19, 2004, San Francisco, California.

"Signals and Spillover: *Brown v. Board of Education* and *Other* Social Movements," with Steven Boutcher, presented at "America's Second Revolution: The Path to-and from- *Brown v. Board of Education*," March 12-14, 2004, University of Memphis, Tennessee.

"Examining Political Incorporation through Vietnamese American Protests, 1975-2001," with Nhu-Ngoc Ong, American Political Science Association, August 28, 2003, Philadelphia, Pennsylvania.

Discussant, "Tactics, Strategies, and Repertoires of Social Movements," August 17, 2003, American Sociological Association, Atlanta, Georgia.

"Transnationalism and Anti-War Coalitions in an Era of Globalization," "Social Movements and the Challenges to Representative Democracy" conference, July 25, 2003, Villa Serbelloni, Bellagio, Italy.

"The Context of a Coalition: A Look at the Peace Movement," Tricampus Contentious Politics Group, Syracuse University, March 28, 2003, Syracuse, New York.

"Do Peace Movements Matter?: Lessons from the Past and Thoughts about the Present," Cornell University, March 27, 2003, Ithaca, New York.

"Ideas, Politics, and Social Change: Big Books and Social Movements," University of Arizona, March 7, 2003, Tucson, Arizona.

"Claiming Credit: The Social Construction of Movement Success," American Political Science Association, August 31, 2002, Boston, Massachusetts.

Invited Session on Political Sociology, "The State-Oriented Consequences of Social Movements in Democratic Politics," American Sociological Association, August 18, 2002, Chicago, Illinois.

"Ideas, Politics, and Cultural Change: Big Books and Social Movements," with Deana Rohlinger, American Sociological Association, August 17, 2002, Chicago, Illinois.

Closing Speaker, "Between Hope and History," June 14, 2002, Boston College, Boston, Massachusetts.

"What Would He Say?: The Politics of Social Change," Martin Luther King, Jr. Symposium, January 22, 2002, University of California, Irvine.

Discussant, "Mobilization," American Political Science Association, September 1, 2001, San Francisco, California.

"Social Movements and Public Policy: Eggs, Chicken, and Theory," American Political Science Association, August 30, 2001, San Francisco, California.

Discussant, "Penetrating the State: Political Access and Action," American Sociological Association, August, 2001, Anaheim, California.

Discussant, "Social Movements and Poverty in a Transnational Age," Workshop, Center for South East Asia Studies, University of California, Berkeley, April 13-14, 2001.

Panel Chair and Organizer: "Protest, Politics, and Policy;" Pacific Sociological Association, April 1, 2001, San Francisco, California.

Panel Chair and Organizer: "Public Intellectuals: Scholarship and Social Action;" Paper: "Big Books and Social Movements," with Deana Rohlinger, Pacific Sociological Association, March 30, 2001, San Francisco, California.

"Claiming Credit: The Social Construction of Movement Success," American Sociological Association, August 14, 2000, Washington, DC.

Discussant, "Politics from Below," American Sociological Association, August 14, 2000, Washington, DC.

Discussant, "Global Human Rights Opportunities," conference: "Globalization and Human Rights," January 16, 2000, University of California, Irvine.

Discussant, "European Union and Transnational Contention," February 5-6, 1999, Cornell University, Ithaca, New York.

Discussant, "Contentious Citizenship in the European Union: Protest and Institutionalization," American Political Science Association, September 5, 1998, Boston, Massachusetts.

How the Cold War Was Really Won: Rethinking the Effectiveness of Peace Movements," American Sociological Association, August 25, 1998, San Francisco, California.

Discussant, "Social Movements: Mobilization and Countermobilization," American Sociological Association, August 23, 1998, San Francisco, California.

"Opportunities and Identities," plenary address at Workshop on Social Movements and Society: Identity, Culture, and Institutions, University of California, Davis, August 19, 1998.

"Countermovement Interaction and Tactical Innovation in American Abortion Politics," with Suzanne Staggenborg, Second Conference on Protest Events Analysis, July 10, 1998, Wissenschaftzentrum Berlin (WZB), Berlin, Germany.

Discussant, "Women's Movements Facing a Reconfigured State," April 30-May 2, 1998, Penn State University, State College, Pennsylvania.

"Contentious Politics in the United States after World War II," American Political Science Association, August 28, 1997, Washington, DC.

"Operationalizing Political Opportunity," with Debra C. Minkoff, American Sociological Association, August 10, 1997, Toronto, Ontario.

"Invoking the State: Anti-Rape Activism and Public Policy in the 1970s," with Janet C. Gornick, American Political Science Association, August 29, 1996, San Francisco, California.

"Countermovement Dynamics in Federal Systems," with Suzanne Staggenborg, American Sociological Association, August 19, 1996, New York, NY.

Panel Chair and Organizer: "Movements and Countermovements: Origins, Interactions, and Policies." Paper: "Countermovement Dynamics in Federal Systems: A Comparison of Abortion Movements in Canada and the United States," with Suzanne Staggenborg, American Political Science Association, September 2, 1995, Chicago, Illinois.

"Missed Opportunities: Social Movement Abeyance and Public Policy," with Traci M. Sawyers, American Political Science Association, September 1, 1995, Chicago, Illinois.

Panel Chair and Organizer: "Activist Meets Academic: Social Movement Theory and Practice," American Sociological Association, August 13, 1995, Washington, DC.

Discussant, "Comparative Studies of Social Movements and Revolutions," American Sociological Association, August 13, 1995, Washington, DC.

"Protest and Public Policy: The Paradox of Open Windows," Eastern Sociological Society, March 27, 1995, Philadelphia, Pennsylvania.

"Social Movements and Nested Institutions: International Constraints on Political Efficacy," Center for International Affairs, Program on Non-violent Sanctions, Harvard University, October 26, 1994, Cambridge, Massachusetts.

Discussant, "Campaigns, Parties, and Interest Groups," American Political Science Association, September 3, 1994, New York, New York.

Discussant, "Policy Design and Policy Control: Environmental Policy," American Political Science Association, September 1, 1994, New York, New York.

"Movements, Countermovements, and the Structure of Political Opportunity," with Suzanne Staggenborg, American Sociological Association, August 9, 1994, Los Angeles, California.

Discussant, "Movements, Revolutions, and the Possibilities of Change," American Sociological Association, August 9, 1994, Los Angeles, California.

"Political Opportunity and Nested Institutions: Conceptual Implications," Sociology Department, Ohio State University, May 6, 1994, Columbus, Ohio.

Panel Chair and Organizer, "Political Opportunity in Comparative Perspective." Paper: "Political Opportunity and Nested Institutions: Protest and Policy in New Zealand's Nuclear-Free Zone," Midwest Political Science Association, April 14, 1994, Chicago, Illinois.

"Protest and American Political Institutions," Department of Political Science, College of Wooster, February 14, 1994, Wooster, Ohio.

"Framing National Security: Elite Public Discourse and Nuclear Weapons in America," American Political Science Association, September 3, 1993, Washington, DC.

"Political Opportunity after the Cold War: The Paradox of Open Windows," American Sociological Association, August 24, 1993, Miami, Florida.

"The Challenge of Cultural Elites: Celebrities and Social Movements," with Joshua Gamson, American Sociological Association, August 21, 1993, Miami, Florida.

Panel Chair, "Social Movements in the Developing World," Eastern Sociological Society, March 27, 1993, Boston, Massachusetts.

Panel Chair and Organizer, "Social Movement Organizations and Their Constituencies." Paper: "Political Opportunity and Collective Identity: Shared Constituencies and Concerns in the Peace and Women's Movements," with Nancy Whittier, Eastern Sociological Society, March 26, 1993, Boston, Massachusetts.

"Clashing Laws: Civil Disobedience and Protest Movements, "American Political Science Association, September 3, 1992, Chicago, Illinois.

"Challenging Capitalism after the Cold War: Political Opportunity and Social Movements East and West," American Political Science Association, September 3, 1992, Chicago, Illinois.

"Framing Political Opportunity," with William A. Gamson, American Sociological Association, August 21, 1992, Pittsburgh, Pennsylvania. Originally presented at the Conference on European/American Perspectives on Social Movements August 15, 1992, Catholic University, Washington, DC.

"Social Movement Spillover: The Effects of the Women's Movement on the Peace Movement," with Nancy Whittier, American Sociological Association, August 20, 1992.

"Protest and Political Discourse: Framing National Security," June 20, 1992, Workshop on Culture and Social Movements, University of California, San Diego.

"Transnationalism, Citizen Movements, and the End of the Cold War," Workshop on Transnational Relations, May 9, 1992, Yale University, New Haven, Connecticut.

"Recovering Resistance: Citizen Politics and the End of the Cold War," October 18-20, 1991, "Rethinking the Cold War" Conference, University of Wisconsin, Madison, Wisconsin.

"Grassroots Mobilization and International Change," with Sam Marullo, October 17, 1991, Conference on the Study of Peace Movements, Colgate University, Hamilton, New York. Originally presented August 25, 1991, American Sociological Association, Cincinnati, Ohio.

"Peace and Justice Advocacy: Political Opportunity Structures in the 1980s: Does Help Arrive When Needed?" with Douglas R. Imig, September 1, 1991, American Political Science Association, Washington, DC.

"Peace Protest and Policy: Explaining the Rise and Decline (and Rise and Decline) of Antinuclear Movements in Postwar America," August 31, 1991, American Political Science Association, Washington, DC.

"Interest Group Sectors: Toward a Theory of Rise and Decline," with Douglas R. Imig, March 24, 1991, Western Political Science Association, Seattle, Washington.

"How the Cold War Was Really Won: A View from below," March 22, 1991, International Studies Association, Vancouver, British Columbia.

Discussant, "Interest Groups in the United States: Behavior and Tactics," August 31, 1990, American Political Science Association, San Francisco, California.

Panel Chair and Organizer, "Domestic Determinants of United States National Security Policy." Paper: "Do Peace Movements Influence National Security Policy?: An Agenda for Study," September 2, 1989, American Political Science Association, Atlanta, Georgia.

"The Political Context for Alternative Defense Policies," November 12, 1988, New England Peace Studies Association Conference, Clark University, Worcester, Massachusetts.

"The Origins of the Nuclear Freeze Movement: The Structure of Political Opportunity," November 14, 1986, Northeastern Political Science Association, Boston, Massachusetts.

"Green Growth on the West German Left: Cultivating Political Space," with Andrei S. Markovits, July 19, 1985, International Political Science Association World Congress, Paris, France.
* American Political Science Association Travel Grant.

**Courses Taught:**

Undergraduate:

Introduction to Politics
Congress and the Legislative Process
Introduction to Social Problems
Introduction to American Politics
State Politics
Urban and Local Politics

Political Parties
The Presidency and the Executive Branch
The Politics of Protest
Mass Media and Politics
U.S. Foreign Policy
Honors: Revolutions and Social Movements
Social Welfare Policy
Civil Disobedience
Persuasion and Social Change
Public Policy Formulation and Implementation
Sociology of War and Peace
Social Movements and Collective Behavior

Graduate:
Interest Groups and Democratic Theory
Advanced Seminar on Urban/Social Policy
Proseminar: Graduate Study in Sociology
Classical Sociological Theory
Peace and Antiwar Movements
Citizen Participation and Democracy
Introduction to the Policy Process
Social Movements
Dissertation Seminar
Power, Mobilization, and the Quest for Justice

**SERVICE:**

**Series Editor**

"Cambridge Studies in Contentious Politics," Cambridge University Press, Series Editor, 2016- .
"Cambridge Elements in Contentious Politics," Cambridge University Press, 2019-, Founding Co-editor.
"Social Movements, Protest, and Contention," University of Minnesota Press, 2000- 2016.

**Editorial Boards**

University of California Press, Editorial Committee, 2023-
*Sociology Compass*, 2012-
*American Sociological Review*, 2006-2009.
*Millenium*, 2004-2005.
*Mobilization: An International Journal*, 2002-

**Book Review Editor**

*Mobilization: An International Journal*, 1995-2002.

**Manuscript and Grant Review:**

Addison, Wesley, Longman Publishers
*American Journal of Political Science*
*American Journal of Sociology*
*American Political Science Review*
*American Sociological Review*
Austrian Science Fund
Blackwell Publishers
*British Journal of Political Science*
*British Journal of Sociology*
*Business and Politics*
Cambridge University Press
University of Chicago Press
*City and Community*
*Cogent Social Sciences*
Columbia University Press
Cornell University Press
*Comparative Political Studies*
*Comparative Politics*
*Congress and the Presidency*
*Contention*
*Contexts*
Continuum Books
*Critical Public Health*
*Environmental Politics*
ESRC (UK)
*European Journal of American Studies*
*European Political Science Review*
European Science Foundation
Ford Foundation
*Gender and Society*
*Global Environmental Politics*
*Global Media and Communication*
*Global Networks*
*Governance*
Harvard University Press
*Human Ecology Review*
University of Illinois Press
*International Journal of Comparative Sociology*
*International Review of Social History*
*International Sociology*
*International Studies Quarterly*
*Irish Journal of Sociology*
Israel Science Foundation
*Journal of Cold War Studies*
*Journal of Conflict Resolution*
*Journal of Contemporary European Research*
*Journal of Contemporary History*

*Journal of Historical Sociology*
*Journal of Peace Research*
*Journal of Politics*
*Journal of Public Policy*
*Journal for the Scientific Study of Religion*
*Journal of Youth Studies*
*Law and Social Inquiry*
*Law and Society Review*
*Lynne Rienner Publishers*
Marie Curie Intra-European Fellowships
Mellon/ACLS Fellowships
*Millenium*
University of Minnesota Press
MIT Press
*Mobilization*
National Academies
National Science Centre, Poland
National Science Foundation
*Nature: Human Behavior*
New York University Press
*Nonprofit Policy Forum*
*Organization & Environment*
*PACO PArtecipazione e COnflitto*
*Party Politics*
*Peace and Change*
Penn State University Press
*Perspectives on Politics*
*PNAS*
*Poetics*
*Policy Studies Journal*
*Political Behavior*
*Political Communication*
*Political Power and Social Theory*
*Political Research Quarterly*
*Political Science Quarterly*
*Politics and Gender*
*Politics and Governance*
*Politics, Groups, and Identities*
*Polity*
Polity Press
PSC-CUNY Research Foundation
*Quaker Studies*
*Research in Political Sociology*
*Research in Social Movements*
*Qualitative Sociology*
Routledge Press
Russell Sage Foundation
Rutgers University Press
Rutherford Discovery Fellowship
*Science Advances*
*Security Dialogue*
*Social Forces*
*Social Movement Studies*
*Social Networks*
*Social Problems*
*Social Psychology Quarterly*
*Social Science History*
SSHRC (Canada)
*Social Science Quarterly*
*Social Theory and Practice*
*Society and Natural Resources*
*Sociological Focus*
*Sociological Forum*
*Sociological Inquiry*
*Sociological Methods and Research*
*Social Networks*
*Sociological Perspectives*
*Sociological Quarterly*
*Sociological Science*
*Sociological Theory*
*Sociology Compass*
*Sociology of Education*
*Socius*
*Studies in Comparative International Development*
*Swiss Journal of Political Science*
University Press of New England
University of South Carolina Press
*Urban Affairs Quarterly*
*Urban Affairs Review*
US-Israel Binational Science Foundation
*Social Theory and Practice*
Stanford University Press
Syracuse University Press
*Theory and Society*
*Voluntas*
Wadsworth Publishers
*West European Politics*
W.W. Norton
Yale University Press

**Community and University Service:**

Consultant, Indianapolis Museum of Art (DBA Newfields), "Works in Progress: Conversations about American Art: Protest Movements and Images in America," Indianapolis, Indiana, 2023.

Expert Testimony/Trial Consulting

United States of America v. Matthew Hessler, Christopher Litchfield, Daniel Meltzer, Dylan Petrohilos, Caly Retherford, and Caroline Inger. Superior Court, District of Columbia, 2018.

United States of America v. Michelle Macchio, Jennifer Armento, Jayram Toraty, Christina Simmons, Alexei Wood, Marisa Matthews, Oliver Harris, Brittne Lawson, and Emily Horstman, Superior Court, District of Columbia, 2017.

People of the State of California vs. Harold C. Blickenstaff, Russell Jorgensen, Varnina McNair, Meg Palley, and Donna L. Webb; Superior Court, May 21, 2003, Nevada City, California.

Union of Concerned Scientists

"Rethinking the Role of Nuclear Weapons" study group, 2025-
Science Advocacy Group, 2020-4

American Political Science Association
Public Policy Section
Council, 2008-11.

American Sociological Association
Nominations Committee, 2018-2019.

Collective Behavior and Social Movements Section
Social Movements Sessions Organizer, 2009.
Chair, 2003-04.
Council, 2000-2002.
Awards Committee, 1998.
Nominations Committee, 1996-1999.
Membership Committee, 1995-1998.
Open Sessions Program Committee, 1994.

Peace and War Section:
Regular Sessions Organizer, 2015.
Chair, 2008-09.
Awards Committee, 1997.
Nominating Committee, 1994.
Annual Meeting Program Committee, 1993.

Political Sociology Section
Refereed Roundtable Sessions Committee, 2001.

University of California-Irvine
Campus-Wide:
Center for the Study of Democracy,
Interim Director, 2012-2013.
Associate Director, 2008- (Interim Director 2010)
Executive Committee, 2000-2005; 2007- .
Sociology Graduate Adviser, 2005-2010.

Master's Degree in Public Policy Committee
Founding Director (2007-10)
Executive Committee (2011-2015 )

Chancellor's Advisory Committee on Child Care, Chair, 2002- 2005, Vice-chair, 2001-2002, member, 2000-2016.

School of Social Sciences,
Committee on Teaching Evaluations 2022-
Executive Committee, 2009-2012; 2019-21, 2022-2024.
Committee on Graduate Student Housing, 2006.
Faculty Advisor, *The Irvine Progressive*, 2005-2006.
Committee on Student Experience, 2005-2006.
Faculty Senate, Representative Assembly, 2002-2004.
Committee on Courses, 2001-2002.

Department of Sociology
Chair, University of California President's Post-Doctoral Search Committee, 2015-2022
Parliamentarian, 2011-
Recruitment Committee, Chair, 2006-2007.
Colloquium Chair, 2005-2006.

Graduate Director, 2001-2004.
Recruitment Committee, 2001-2002.
Graduate Committee, 2000-2001.
Search Committee, Organizations and Work, 2000-2001.
Undergraduate Committee, Alpha Kappa Delta Advisor, 1999-2000.

City College of New York
Director, Rosenberg/Humphrey Program in Public Policy, 1998-1999.
Executive Committee, Rosenberg/Humphrey Program in Public Policy, 1995-1999.
Executive Committee, Department of Political Science, 1995-1996; 1997-1999.
Executive Committee, Faculty Council, 1998-1999.
Faculty Council, 1996-1999.
Academic Discipline Committee, 1997-1998.

Project Manna (soup kitchen), Cambridge, Massachusetts:
Member, Board of Directors, 1991-94.

Tufts University, Department of Urban and Environmental Policy:
Thesis Supervisor of 25 M.A. theses.
Coordinator, Graduate Seminar Series; Chair, Student Life Committee, 1989-91.

City of Somerville, Massachusetts:
Mayor's Special Commission on Nuclear Education (appointed), 1982-1984.

Boston University Department of Political Science:
Professional Search Committee in American Politics, 1982-1984.
Graduate Admissions Committee, 1981-1982.

Hampshire College:
Trustee Educational Policy Committee (elected), 1979-1980.
Student Employment Committee (elected), 1978-1979.