UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES – GENERAL

Case No.   CR25-00678                                    Date: October 10, 2025

Present: The Honorable: Karen L. Stevenson, United States Magistrate Judge

Interpreter      N/A

| James Muñoz | CS | N/A |
|---|---|---|
| *Deputy Clerk* | *Court Reporter / Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s) | Present | Cust | Bond | Attorneys for Defendants: | Present | App | Ret |
|---|---|---|---|---|---|---|---|
| Alexandria Demetrius Augustine | X | | X | N/A | | | |

**Proceedings:    (IN CHAMBERS)**

Bond is ordered exonerated.

cc

                                                                        :00
                                            **Initials of Deputy Clerk**   JM

---

CR-11 (04/15)                        Criminal Minutes – General                        Page 1 of 1