# LIST OF EXHIBITS AND WITNESSES

| Case Number | CR25-00678 KS | | Title | USA v. Alexandria Demetrius Augustine |
|---|---|---|---|---|
| Judge | Karen L. Stevenson | | | |
| Dates of Trial or Hearing | 10/07/2025 - 10/10/2025 | | | |
| Court Reporters or Tape No. | CS 10/07/2025 - 20/10/25 - Charles Rojas | | | |
| Deputy Clerks | Gay Roberson/James Muñoz | | | |

FILED CLERK, U.S. DISTRICT COURT
OCT 10 2025
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

| Attorney(s) for Plaintiff(s) / Petitioner(s) | Attorney(s) for Defendant(s) / Respondent(s) |
|---|---|
| Patrick Kibbe, AUSA | Rebecca Abel, DFPD |
| Christopher Jones, AUSA | Aden Kahassai, DFPD |

| Plaintiff(s) or Petitioner(s) | | | Defendant(s) or Respondent(s) | | | EXHIBIT DESCRIPTION / WITNESS | Called By |
|---|---|---|---|---|---|---|---|
| Ex. No. | Id. | Ev. | Ex. No. | Id. | Ev | | |
| | | | | | | See attached Lists | |

1  BILAL A. ESSAYLI
   Acting United States Attorney
2  JOSEPH T. MCNALLY
   Assistant United States Attorney
3  Acting Chief, Criminal Division
   PATRICK D. KIBBE (Cal. Bar No. Pending)
4  CHRISTOPHER R. JONES (Cal. Bar. No. 343374)
   Assistant United States Attorney
5  General Crimes Section
        1200 United States Courthouse
6       312 North Spring Street
        Los Angeles, California 90012
7       Telephone: (213) 894-6482 / (213) 894-7383
        Facsimile: (213) 894-0141
8       Email:    patrick.kibbe@usdoj.gov
                  christopher.jones4@usdoj.gov
9
   Attorneys for Plaintiff
10 UNITED STATES OF AMERICA

11                  UNITED STATES DISTRICT COURT

12              FOR THE CENTRAL DISTRICT OF CALIFORNIA

13 | UNITED STATES OF AMERICA,              | No. 2:25-CR-678-KS
14 |      Plaintiff,                        | GOVERNMENT'S EXHIBIT LIST
15 |      v.                                | Trial Date: October 7, 2025
   |                                         | Trial Time: 9:00 a.m.
16 | ALEXANDRIA DEMETRIUS AUGUSTINE,        | Location:   Courtroom of the Hon.
   |                                         |             Karen L. Stevenson
17 |      Defendant.                        |

18

19      Plaintiff United States of America, by and through its counsel
20 of record, the Acting United States Attorney for the Central District
21 of California and Assistant United States Attorneys Patrick D. Kibbe
22 and Christopher R. Jones, hereby submits its Exhibit List.
23      The government respectfully reserves the right to supplement or
24 revise this exhibit list as needed.
25
26
27
28

Dated: October 7, 2025

Respectfully submitted,

BILAL A. ESSAYLI
Acting United States Attorney

JOSEPH T. MCNALLY
Assistant United States Attorney
Acting Chief, Criminal Division

_____/s/_____
PATRICK D. KIBBE
CHRISTOPHER R. JONES
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA

2

| Exh. No. | Description | Date I.D. | Admitted |
|---|---|---|---|
| 1 | Aerial map of Roybal Federal Building area | 10-8-25 | Gov't |
| 2 | Streetview picture of Roybal Federal Building apron | 10-8-25 | " " |
| 3 | Photograph of sign on Roybal apron | | |
| 4 | GSA signs posted at Roybal apron | | |
| 5 | Closeup of GSA sign posted at Roybal apron | | |
| 6 | Security footage from Roybal apron | 10-8-25 | Gov't |
| 6A | Images from Exh. 6 security footage | 10-8-25 | " " |
| 7 | Additional security footage from Roybal apron | " " | " " |
| 7A | Images from Exh. 7 additional security footage | 10-8-25 | " " |
| 8 | Social media video | " " | " " |
| 8A | Images from Exh. 8 social media video | 10-8-25 | " " |
| 9 | Social media video | 10-8-25 | Gov't |
| 9A | Images from Exh. 9 social media video | " " | Gov't |
| 10 | Social media video | " " | Gov't |
| 10A | Images from Exh. 10 social media video | " " | Gov't |
| 11 | Umbrella | 10-8-25 | Gov't |

3

# UNITED STATES v. ALEXANDRIA DEMETRIUS AUGUSTINE
## No. 2:25-CR-678-KS
### GOVERNMENT'S WITNESS LIST

| No. | Witness |
|---|---|
| ✓ 1 | Lucas Riley — 10/9/2025  INSPECTOR OFFICER |
| ✓ 2 | Anthony Sermons — 10/9/2025  FPS – Asst Program Mgr, Assessment Program Mgr |
| ✓ 3 | Alexandro Gutierrez — 10/9/2025  Inspector Canine Handler |

1

1  CUAUHTEMOC ORTEGA (Bar No. 257443)
   Federal Public Defender
2  REBECCA M. ABEL (Bar No. 298604)
   (E Mail: rebecca_abel@fd.org)
3  ADEN KAHSSAI (NV Bar No. 15581)
   (E-Mail: aden_kahssai@fd.org)
4  Deputy Federal Public Defenders
   321 East 2nd Street
5  Los Angeles, California 90012-4202
   Telephone: (213) 894-2854
6  Facsimile: (213) 894-0081

7  Attorneys for Defendant
   ALEXANDRIA AUGUSTINE

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| UNITED STATES OF AMERICA, | Case No. 2:25-cr-00678-KS |
|---|---|
| Plaintiff, | **DEFENDANT'S EXHIBIT LIST** |
| v. | |
| ALEXANDRIA AUGUSTINE, | |
| Defendant. | |

1

# USA v. Alexandria Augustine
## 2:25-cr-00678-KS

## DEFENSE EXHIT LIST

| No. of Exhibit | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 100 | Google Map | 10-8-2025 | 10-8-2025 |
| 101 | Photo — Loading Dock | 10-8-2025 | 10-8-2025 |
| 102 | Photo — Inspector Gutierrez with gun | | |
| 103 | Photo — Inspector Gutierrez with gun and mace | | |
| 104 | 7/25/2025 Statement by Alexandro Gutierrez | 10-9-2025 | |
| 105 | Photo — Arrest of Alexandra Gutierrez | 10-9-2025 | 10-9-2025 |
| 106 | Transcript of 8/18/2025 Interview of Alexandro Gutierrez | 10-9-2025 | |
| 107 | Report of Interview of Alexandro Gutierrez dated 08/18/2025 | | |
| 108 | Audio of 8/18/25 Interview of Alexandro Gutierrez | | |
| 109 | Photo — Treeline at the Entrance | | |
| 110 | Photo — VA second sign at the entrance | | |
| 111 | Photo — Arrest of Alexandra Gutierrez | 10-9-2025 | 10-9-2025 |
| 112 | Photo — Seizure of Alexandra Gutierrez | 10-9-2025 | 10-9-2025 |
| 113 | Photo — Detention of Alexandria Augustine | 10-9-2025 | 10-9-2025 |
| 114 | Photo — Alexandria Augustine on Alameda St. | | |
| 115 | INTENTIONALLY LEFT BLANK | | |
| 116 | Photo — Loading dock | | |
| 117 | 07/25/2025 Statement by Anthony Sermons | 10-8-2025 | |
| 118 | Photo — Officers Approach | | |
| 119 | Photo — Officers Approach | | |
| 120 | Photo — Officers Make Contact | 10-8-2025 | 10-8-2025 |
| 121 | Photo — Gutierrez Responds | | |

2

# USA v. Alexandria Augustine
## 2:25-cr-00678-KS

## DEFENSE EXHIT LIST

| # | Description | | |
|---|---|---|---|
| 122 | Photo — Sermons Arrest of Augustine | | |
| 123 | Photo — Arrest of Augustine | | |
| 124 | Photo — Arrest of Augustine | | |
| 125 | Photo — Officers Approach | | |
| 126 | Photo — Officers Approach | | |
| 127 | Photo — Riley | | |
| 128 | 07/24/2025 FPS Incident Report by Riley | 10-8-2025 | |
| 129 | Photo — Loading Dock | 10-9-2025 | 10-9-2025 |
| 130 | Photo — Gutierrez | 10-9-2025 | 10-9-2025 |
| 131 | Photo — Umbrella | | |
| 132 | Photo — Umbrella | | |
| 133 | Photo — entrance to parking lot | | |
| 134 | Photo — entrance to parking lot | | |
| 135 | INTENTIONALLY LEFT BLANK | | |
| 136 | INTENTIONALLY LEFT BLANK | | |
| 137 | Photo — Entrance to Parking lot | | |
| 138 | Photo — Entrance to Parking lot | | |
| 139 | Photo — Roybal Footage Screenshot | | |
| 140 | Photo — Elmer Screenshot | | |
| 141 | Video — Roybal Camera 1 | | |
| 142 | Video — Roybal Camera 2 | | |
| 143 | Video — Elmer 13 video | 10-9-2025 | 1st 3 mins - 10-9-2025 |
| 144 | Video — Full length | 10-9-2025 | 10-9-2025 |
| 145 | Video — Umbrella | | |
| 146 | Video — Statement | 10-8-2025 admitted | 10/08/25 |
| 147 | Video — Umbrella | 10-9-2025 | 10-9-2025 |
| 148 | Physical Exhibit | 10-9-2025 | ~~10-9-2025~~ |
| 149 | 9/26/25 Report of Interview of Gutierrez | 10-9-2025 | |
| 150 | 9/26/25 Report of Interview of Riley | | |
| 151 | 9/26/25 Report of Interview of Sermons | | |
| 153 / 154 | PHOTO | 10-9-2025 | 10-9-2025 |

3

USA v. Alexandria Augustine
2:25-cr-00678-KS

## DEFENSE EXHIBIT LIST

| 153 | Photo — Umbrella  | 10-9-2025 | 10-9-2025 |
|-----|-------------------|-----------|-----------|
| 154 | Photo — Gutierrez | 10-9-2025 | 10-9-2025 |

4

CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
REBECCA M. ABEL (Bar No. 298604)
(E-Mail: Rebecca_Abel@fd.org)
Aden Kahssai (NV Bar No. 15581)
(E-Mail: Aden_Kahssai@fd.org)
Deputy Federal Public Defender
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-2854
Facsimile: (213) 894-0081

Attorneys for Defendant
ALEXANDRIA AUGUSTINE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:25-cr-00678-KS |
|---|---|
| Plaintiff(s), | **DEFENSE WITNESS LIST** |
| v. | |
| ALEXANDRIA AUGUSTINE, | |
| Defendant(s). | |

1

| | Witness's Name*, Title, Affiliation (If Relevant) | Summary of Testimony / Why Testimony Is Unique | Direct Exam (Hours) | Cross Exam (Hours) | Dates of Testimony |
|---|---|---|---|---|---|
| 1 | Chris Abrahamson | | | | |
| 2 | David Hehir | | | | |
| 3 | Tony Moran | | | | |
| 4 | Margaret Ortiz (flag lady) | | | | |
| 5 | Octavio Solorio ✓ | | | | 10-9-2025 |
| 6 | Makenah Kroshus ✓ | | | | 10-9-2025 |
| 7 | Alissa Guzman ✓ | | 10-9-2025 | | 10-9-2025 |
| 8 | Foongy Lee ✓ | | | | 10-9-2025 |
| 9 | Dr. David S. Meyer | | | | |
| 10 | Alexandra Augustine | | | | |

2