UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 2:25-cr-678-KS |
| Plaintiff, | ) | |
| v. | ) | VERDICT FORM |
| ALEXANDRIA DEMETRIUS AUGUSTINE, | ) | |
| Defendant. | ) | |

## VERDICT FORM

We, the JURY in the above-captioned action, unanimously find defendant ALEXANDRIA DEMETRIUS AUGUSTINE:



__✓_____     NOT GUILTY

_____     GUILTY

of Assault on Alexandro Gutierrez, a federal officer, as charged in the Second Superseding Information.

*REDACTED*
_____
FOREPERSON OF THE JURY

DATED: __10/10/2025__, in Los Angeles, California.

2