UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES – GENERAL

Case No.   CR 25-00678-KS-1                                Date: October 23, 2025

Present: The Honorable:   Karen L. Stevenson, Chief United States Magistrate Judge

Interpreter   N/A

| Gay Roberson | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Assistant U.S. Attorney |

| U.S.A. v. Defendant(s) Ret | Present | Cust | Bond | Attorneys for Defendants: | Present | App |
|---|---|---|---|---|---|---|
| Alexandria Demetrius Augustine | | | | | | |

**Proceedings: (IN CHAMBERS) MINUTE ORDER RE: SCHEDULING BENCH TRIAL**

The Bench trial is scheduled for Tuesday, January 27, 2026 at 8:30 a.m., in courtroom 580, 5th Floor, Roybal Federal Building, 255 East Temple Street, Los Angeles, California, 90010.

**IT IS SO ORDERED**

Initials of Deputy Clerk   gr

CR-11 (04/15)                    Criminal Minutes – General                    Page 1 of 1